**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **LANA CANEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:14-CV-00315 |
| | ) | |
| **DENNIS CHAPMAN**, in his Individual | ) | |
| capacity as Deputy for the Elkhart County | ) | |
| Sheriff Department, and **MARK DAGGY,** | ) | |
| in his individual capacity as Officer for | ) | |
| the Elkhart Police Department, | ) | |
| | ) | |
| Defendants. | ) | |

---

**DEFENDANT MARK DAGGY'S DESIGNATION OF EVIDENCE TO HIS**
**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

Defendant, Mark Daggy, by counsel, Martin W. Kus of Newby, Lewis, Kaminski &

Jones, LLC, pursuant to and hereby designate the following materials in support of his Motion

for Summary Judgment:

**Exhibit 1:**   Trial Testimony, *State v. Canen,* Cause No. 20C01-0309-MR-00155,

Elkhart Circuit Court, 8/8/2005

Carolyn Hoffer Trial Testimony, pp…………………………………312,

313, 324, 325, 326, 327, 328

Carol Converse Trial Testimony, pp………………………………….335,

336, 341, 342

Dr. Joseph Prahlow Trial Testimony, pp……………………………348,
349, 350, 351, 352, 356, 357, 373, 375, 376, 377, 378, 379, 380, 381, 382,
383, 384, 385, 390, 391, 392, 393

Mark Daggy Trial Testimony, pp…………………………………...395,
396, 397, 398, 399, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410,
411, 412, 413, 414, 415, 416, 417, 418, 419, 420, 421

Charles Lambert Trial Testimony, pp…………………………………457,
458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468

Florence Macioce Trial Testimony, pp……………………………..471,
472, 473, 474, 475, 476, 477

Carl Conway Trial Testimony, pp………………………………..478,
479, 480, 481, 482, 484, 485, 486, 487, 488, 489, 490, 491, 492, 493, 494,
495, 496, 500, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513,
514, 515

Joel Bourdon Trial Testimony, pp………………………………..541,
542, 543, 544, 545, 546, 547, 548, 549, 550, 551, 552, 553, 554, 555, 556,
557, 558, 559, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571,
572, 573, 574, 575, 576, 577, 578, 579, 580, 581, 582, 583, 584, 585, 586,
587, 588, 589, 590, 591, 592, 593, 594, 595, 596, 597, 598, 599, 600, 601,
602

Dennis Chapman Trial Testimony, pp…………………………………613,
614, 615, 616, 617, 618, 619, 620, 621, 622, 623, 624, 625, 626, 627

Todd Thayer's Trial Testimony, pp……………………………………637, 638, 639, 640, 641

Nina Porter Trial Testimony, pp………………………………………696, 698, 699, 700, 708, 709

State's Exhibit 15

State's Exhibit 17

State's Exhibit 22

**Exhibit 2:**     Deposition of Mark A. Daggy, 10/28/2014, pp………………………...8, 9, 10, 17, 18, 21, 22, 28, 29, 34, 35, 40, 41, 42, 43, 48, 49, 50, 51, 52, 53, 55, 65, 66, 70, 71, 77, 78, 79, 81, 84, 85, 88, 89, 90, 91, 98, 99, 100, 102, 103, 111, 112, 120, 121, 122, 123, 124, 140, 146, 147, 149, 150, 151, 152, 153, 154, 155, 159, 160, 161, 162, 163, 178

Deposition Exhibit 2:  4/9/2002, Mark Daggy, Incident Investigation Report, Victim Janet Cox

Deposition Exhibit 7:  4/2/2002, Mark Daggy, Incident Investigation Report, Victim Paula Sjorgren

Deposition Exhibit 9:  4/8/2002, Mark Daggy, Case Supplemental Report, Interview with D. Meitzler

Deposition Exhibit 10:        Elkhart Police Department Legal Rights Advice Form, 4/22/2002

Deposition Exhibit 11:        10/7/2002, Mark Daggy, Case Supplemental Report, Interview with Curtis Pratcher

Deposition Exhibit 12:          10/28/2002, Mark Daggy Case

Supplemental Report

Deposition Exhibit 13:          Lana Canen Arrest Report

**Exhibit 3:**      Affidavit of Mark Daggy, 7/14/2015

**Exhibit 4:**      Deposition of Lana Canen, 5/12/2015, pp……………………………...99,

100, 101, 102

**Exhibit 5:**      11/29/2002, Barnard L. Stockman Case Supplemental Report

**Exhibit 6:**      Affidavit of Joel Bourdon, 7/10/2015

Affidavit Exhibit A:    3/24/2003, Joel Bourdon Case Supplemental Report

Affidavit Exhibit B:    5/8/2003, Request to the Indiana State Police

Laboratory

Affidavit Exhibit C:    9/2/2003, Joel Bourdon Case Supplemental Report

Affidavit Exhibit D:    Dennis Chapman Supplementary Report on Offense

of Murder

Affidavit Exhibit E:    3/5/2004, Joel Bourdon Case Supplemental Report

**Exhibit 7:**      8/20/2003 William Wargo Case Supplemental Report

**Exhibit 8:**      9/12/2003, Carl Conway Case Supplemental Report

**Exhibit 9:**      9/4/2003, Carl Conway Case Supplemental Report

**Exhibit 10:**     9/10/2003, Charles Lambert Statement to Paul Converse

**Exhibit 11:**     9/2/2003, Nina Porter Statement to Carl Conway, Case Supplemental

Report

**Exhibit 12:**     9/10/2003, Carl Conway Case Supplemental Report

**Exhibit 13:**     9/3/2003, Andrew Royer Statement to Carl Conway

**Exhibit 14:**   Deputy Prosecuting Attorney, Vicki Becker Deposition, 10/29/2014, pp…………………………………………39, 40, 46, 50, 51, 52, 53, 68, 72, 73, 82, 83, 84, 85, 86, 87

**Exhibit 15:**   Dennis Chapman Deposition, 11/18/2014, pp…………………………..80, 85, 86, 87, 88, 89

**Exhibit 16:**   *State v. Canen,* Cause No. 20C01-0309-MR-00155 Information and Affidavit

**NEWBY, LEWIS, KAMINSKI & JONES, LLP**

By:      /s/Martin W. Kus
Martin W. Kus, Attorney ID No. 5377-46
*Attorney for Defendant, Mark Daggy*
916 Lincolnway, P.O. Box 1816
La Porte, IN 46352-1816
(219) 362-1577
mwkus@nlkj.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| **LANA CANEN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )        Case Number: 3:14-CV-00315 |
| | ) |
| **DENNIS CHAPMAN**, in his Individual | ) |
| capacity as Deputy for the Elkhart County | ) |
| Sheriff Department, and **MARK DAGGY,** | ) |
| in his individual capacity as Officer for | ) |
| the Elkhart Police Department, | ) |
| | ) |
| Defendants. | ) |

_____

**PROOF OF SERVICE**
_____

I hereby certify that on the 14th day of July, 2015, I electronically filed a complete copy of Defendant, Mark Daggy's Designation of Evidence to his Memorandum of Law in Support of Motion for Summary Judgment and this Proof of Service with the Clerk of the Court using the CM/ECT system to the following:

Michael F. DeBoni: mdeboni@yaub.com
Michael K. Sutherlin: msutherlin@gmail.com
Nathaniel M. Jordan: njordan@yaub.com
Samuel M. Adams: msutherlin@gmail.com
Cara Schafer Wieneke: cara@wienekelaw.com

**NEWBY, LEWIS, KAMINSKI AND JONES, LLP**

By:      /s/ Martin W. Kus
         Martin W. Kus, # 5377-46