```
 1  STATE OF INDIANA      )    IN THE ELKHART CIRCUIT COURT
                          ) SS:
 2  COUNTY OF ELKHART     )    CAUSE NO:  20C01-0309-MR-00155
                                )
 3  STATE OF INDIANA,             )
                                  )
 4                                )
        v.                        )
 5                                )
                                  )
 6  LANA R. CANEN,                )
                                  )
 7      Defendant.                )

 8

 9                         VOLUME I

10

11        Reporter's transcript of the proceedings in the

12  above-entitled matter commenced on Monday, August 8,

13  2005; Tuesday, August 9, 2005; and Wednesday, August 10,

14  2005, before the HONORABLE TERRY C. SHEWMAKER, Judge of

15  the Elkhart Circuit Court, Goshen, Indiana.

16

17

18

19

20

21  APPEARANCES:

22  FOR THE STATE OF INDIANA:  Vicki Elaine Becker and Denise

23  A. Robinson

24  FOR THE DEFENDANT CANEN: R. Brent Zook

25  FOR THE DEFENDANT ROYER: Christopher C. Crawford
```

EXHIBIT 1

```
 1  STATE OF INDIANA      )    IN THE ELKHART CIRCUIT COURT
                          ) SS:
 2  COUNTY OF ELKHART     )    CAUSE NO:   20C01-0409-MR-00118
 3
 4
 5
 6                           CERTIFICATE
 7
 8         I, Ann S. Hunsberger, do hereby certify that I
 9  am the Official Court Reporter of the Elkhart Circuit
10  Court in the above matter, and the foregoing pages
11  constitute a true and accurate transcript of the
12  testimony given at said time and place.
13         I certify that the same was reduced to
14  typewritten form from my original stenograph notes and/or
15  electronically recorded equipment by Computer-Aided
16  Transcription.
17         IN WITNESS WHEREOF, I have hereunto set my hand
18  and seal this 12th day of December, 2005.
19
20
21                              _____
                                Ann S. Hunsberger
22                              Official Court Reporter
                                Circuit Court
23                              101 North Main Street
                                Goshen, Indiana  46526
24
25
```



Case No. 2002-1128-008

## ELKHART POLICE DEPARTMENT
## LEGAL RIGHTS ADVICE FORM

DATE 9-3-03

TIME 9:34 am
(Time Warning Started)

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can and will be used against you in court.

You have a right to consult with a lawyer before we ask you any questions, and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

**Waiver:**

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

WITNESS Conway 322

X Andy Royer
(Signature of person being advised of his/her rights)

WITNESS _____

DATE 09-03-03

TIME _____

TIME 9:35 am
(Time signed by person advised of his/her rights)

PLACE EPD
(Exact Location)

PLACE Homicide
(Exact Location)



Case No. 2002-1128-008

## ELKHART POLICE DEPARTMENT
## LEGAL RIGHTS ADVICE FORM

DATE  8:25 am

TIME  9-4-03
(Time Warning Started)

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can and will be used against you in court.

You have a right to consult with a lawyer before we ask you any questions, and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

**Waiver:**

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

WITNESS  C Cameron

X  Andy Royer
(Signature of person being advised of his/her rights)

WITNESS  _____

DATE  09-04-03

TIME  _____

TIME  8:26 am
(Time signed by person advised of his/her rights)

PLACE  EPD
(Exact Location)

PLACE  HOMICIDE
(Exact Location)

