STATE'S WITNESS - CAROL CONVERSE - (DIRECT)

                        CAROL CONVERSE

called on behalf of the State, having been first duly sworn, testified as follows:

                    DIRECT EXAMINATION

BY MR. WILLIAMS:

  Q   Would you please introduce yourself to the jury?

  A   I'm Carol Converse.  I was Helen Sailor's second cousin.

  Q   And where do you live?

  A   In Elkhart.

  Q   Are you married?

  A   Yes.

  Q   Who are you married to?

  A   Larry Converse.

  Q   Now, did you know Helen Sailor when she was alive?

  A   Yes.

  Q   You said your relationship was you were second cousins.

  A   Actually, she was my husband's second cousin.

  Q   So it was Larry's second cousin.

  A   Yes.

  Q   Did you ever see Helen?

  A   Constantly.

  Q   Describe your contact with her?

  A   We were like caregivers for her.  We would go over

STATE'S WITNESS - CAROL CONVERSE - (DIRECT)

1 once a weak, take food. I'd go to the grocery
2 store for her. She'd come over and visit with our
3 family. She loved our kids and our grandchildren.
4 So she was over at least once a month. We would go
5 camping during the summer. We'd take her down
6 there for a day so that she could enjoy the
7 outdoors. We were just with her quite a bit.
8 Q Where did she live?
9 A In the highrise on Waterfall.
10 Q Had she always lived in that apartment?
11 A No. She moved back from Georgia, and she'd lived
12 in Georgia for about three years, and she lived in
13 the highrise when it the first opened.
14 Q So she lived in the highrise, and then she moved to
15 Georgia.
16 A Moved to Georgia, then moved back.
17 Q Do you know when she moved back from Georgia?
18 A About 1997.
19 Q Now, you said you would see Helen weekly.
20 A At least once a week, yes.
21 Q Buy groceries for her.
22 A I would by her groceries; I would put things in the
23 refrigerator; I'd fix her sandwiches. Things like
24 that.
25 Q What was her physical condition?

STATE'S WITNESS - CAROL CONVERSE - (DIRECT)

1   Q   Was she using her walker?
2   A   Yes.
3   Q   As she entered the building, what did she do?
4   A   I think she just thanked the gal that let her in,
5       walked off towards the elevators.
6   Q   And was that the last time you saw Helen alive?
7   A   Yes.
8   Q   Let's move onto February -- I'm sorry -- November
9       29, which would be the next day, Friday. Describe
10      what happened in the morning?
11  A   I heard the telephone ring. My husband was up. He
12      answered the telephone. He came in, and I was
13      awake, and he said, "Helen's nurse called, and they
14      couldn't get into the apartment." And I said,
15      "Well, I'll go with you," because we have keys to
16      get in, and so I got dressed. We grabbed a cup of
17      coffee, and we went over to the apartment, walked
18      in. We can get in -- we could get in the building
19      and into her apartment, and so we unlocked the door
20      and walked into her apartment.
21  Q   Describe the lock on the door?
22  A   It's similar to a deadbolt. It's -- you have to
23      have a key -- if it's locked, you have to have a
24      key to open it. You cannot lock the door and shut
25      the door.

STATE'S WITNESS - CAROL CONVERSE - (DIRECT)

1  Q  So when you leave, you have to lock it from outside
2     so you don't lock yourself out.
3  A  Yes.
4  Q  And you the key.
5  A  Yes.
6  Q  And used it to open the door.
7  A  Yes.
8  Q  Describe what you saw when entered the apartment.
9  A  We walked in and, of course, we were looking for
10    Helen, and we didn't see her in the main room so we
11    walked a little farther, looked in the bedroom.  We
12    saw her laying on the floor in the bedroom, and I
13    don't, you know, exactly what happened after that.
14    We were all in shock.  But Carol called 911.  They
15    told Carol to have somebody go touch the body,
16    which my husband did, and then we just waited for
17    them to get there.  In the meantime, we went
18    through -- I saw -- her Bible was on the bed.
19 Q  Let's talk about her Bible.  Where did she normally
20    keep it?
21 A  There was a -- like a coffee table, and it was in a
22    box.  It was in a Bible box under the coffee table.
23 Q  Is this where she normally kept it?
24 A  Yes.
25 Q  Where was that table in relation to her chair?