STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1        MS. BECKER:  May we approach.

2              (An off-the-record discussion was held

3              at the bench.)

4        MS. BECKER:  Dr. Joseph Prahlow.

5        THE COURT:  Raise your right hand, sir.

6              (The witness was sworn.)

7        THE WITNESS:  I do.

8        THE COURT:  Take the witness stand, sir.

9              **DR. JOSEPH PRAHLOW**

10   **called on behalf of the State, having been first duly**

11   **sworn, testified as follows:**

12              **DIRECT EXAMINATION**

13   BY MS. BECKER:

14     Q     Doctor, would you please introduce yourself to our

15           jury?

16     A     Yes.  My name Dr. Joseph Prahlow P-r-a-h-l-o-w.

17     Q     What do you do for a living?

18     A     I'm a forensic pathologist.

19     Q     What is forensic pathologist?

20     A     A forensic pathologist is a physician who first of

21           all becomes a pathologist, who is a physician who

22           specializes in the study of disease.  And then a

23           forensic pathologist goes on to receive further

24           training in forensic pathology, which specifically

25           deals with the investigation of sudden unexpected

**STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)**

1      or violent death.

2   Q   Okay.  Are there special -- or are there specialty

3       areas in the science of pathology?

4   A   Yes.

5   Q   What types?

6   A   There are -- there are two major groups -- or

7       divisions within the world of pathology.  Again,

8       pathology is the study of disease.  There is

9       anatomic pathology and clinical pathology.

10      Clinical pathology has to do with the laboratory,

11      laboratory aspect of medicine.  So if you do have

12      blood work done, if you have a throat culture done,

13      the blood bank, all the laboratories, that's

14      clinical pathology; and the pathologist kind of

15      runs that.  And each one of those areas can be a

16      subspecialty within the world of pathology.

17          Anatomic pathology has to do with microscopic

18      work, looking at tissues that are removed at

19      surgery or biopsied, making diagnosis.  Is this

20      cancer?  Is it not cancer?  What type of cancer is

21      it?  Are the lymph nodes involved?  That's what we

22      call *surgical pathology* doing the microscopic work.

23          Another part of anatomic pathology is autopsy

24      pathology.  Doing a surgical procedure after death

25      on a body, and that's an autopsy.  And a

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1    subdivision of autopsy pathology is forensic

2    pathology where we specifically investigate by

3    performing autopsies, sudden unexpected or violent

4    deaths.

5  Q   In what type of pathology are you trained?

6  A   I did a five-year residency in pathology which

7    included anatomic and clinical pathology, and then

8    I did a one year fellowship, one more additional

9    year of training, in forensic pathology.  I'm board

10   certified in anatomic pathology, clinical

11   pathology, and forensic pathology.

12 Q   Well, presuming you had to probably getting an

13   undergraduate degree before going through with the

14   pathology further studies.   Correct?

15 A   Yes.

16 Q   Where is your undergraduate degree from?

17 A   I received a bachelor of science degree from

18   Valparaiso University in chemistry and biology.  I

19   then got my medical degree, my M.D. degree from

20   Indiana University.  And then I did my five year

21   residency in pathology at Wake Forest University,

22   which is in Winston Salem, North Carolina.  And

23   then I did my one year fellowship in forensic

24   pathology at the University of Texas Southwestern

25   in Dallas, Texas?

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1   Q   After you finished your one year clinical in
2       Dallas, Texas, did you stay in Texas?
3   A   Yes, I did.
4   Q   How long did you stay in Texas and, what did you do
5       there?
6   A   I stayed in Texas for three additional years
7       following my formal training, and I stayed on
8       faculty, or staff, at the University of Texas
9       Southwestern at the Institute of Forensic Sciences
10      there.
11  Q   After you left Texas, where did you go?
12  A   In the middle of 1999, I moved back home to
13      Indiana, to this area, where I took a job at the
14      South Bend Medical Foundation as a forensic
15      pathologist.  And my duties include performing a
16      bulk of the autopsies, whether they are coroner's
17      cases, forensic cases or hospital autopsies.  And I
18      also teach the pathology course at the Indiana
19      University School of Medicine south Bend campus at
20      Notre Dame.
21  Q   Any idea how many forensic autopsies you have
22      performed in your career?
23  A   I have performed over 2000 autopsies.
24  Q   All right.  I would like to draw your attention to
25      November of 2002.  Do you recall performing an

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1           autopsy on the body of Helen Sailor?

2     A     Yes.

3     Q     Can you please explain to us, first of all how you

4           came into contact with this responsibility?

5     A     Well, as -- as -- in my role as a forensic

6           pathologist at the South Bend Medical Foundation, I

7           perform autopsies for various coroners around the

8           area, including Elkhart County.  So I was contacted

9           by the Elkhart County coroner about this case and

10          was, you know, given some background information

11          about the case.

12               When that happens, the typical situation is we

13          set up a time where the police can be there, the

14          coroner can be there, and I can be there, meaning

15          Elkhart General Hospital's morgue, and I can

16          perform an autopsy.  So that's what we did.  We set

17          it up, and I started the autopsy at Elkhart General

18          Hospital on November 29th at 3:30 in the afternoon.

19    Q     When you began the autopsy on November 29 on the --

20          on the body of Helen Sailor, what did you do first?

21    A     The first thing that is done is to do what's

22          referred to as an external examination where I look

23          at the body.  Depending on the case, we may collect

24          trace evidence at that time or any other evidence

25          that might need to be collected.

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1      torso and the legs and then go up.

2   A   She had what -- what I would call minor or

3        superficial very relatively smaller insignificant

4        looking, at least initially, injuries including

5        some abrasions, which are scrapes or scratches, as

6        well as contusions, which are bruises, in various

7        parts of the body below the level of the head and

8        neck.

9            Specifically, she had -- I need to refer to me

10       notes so that I get it exactly correct -- on the

11       left buttocks she had some blue contusions,

12       bruises.  She had some suttle contusions or bruises

13       on the midportion of the left side of her back.

14       She had a subtle blue contusion of her upper left

15       back.

16  Q   What about her neck?

17  A   Her neck had some significant injuries.

18  Q   We'll talk about it in detail though in just a few

19       minutes.  Also, in general, were there any other

20       signs of trauma about her head and face area?

21  A   Yes.

22  Q   What were they?

23  A   She had abrasions, or scrapes and scratches, as

24       well as bruises or contusions on her face.

25       Specifically again, she had a scrape/bruise on her

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1    left forehead, she had an abrasion or a scrape on

2    her nose, she had what most people would call black

3    eyes on both sides.  We call that bilateral,

4    meaning both sides; periorbital, that means around

5    the eyes; ecchymosis, which is another fancy way to

6    call a bruise.  So she had bilateral, both eyes;

7    periorbital, around the eyes; ecchymosis, or

8    bruising, so black eyes.  She had some blood that

9    came out of her right ear.  She had a laceration of

10   the tip of her tongue.

11   Q   Doctor, do you prepare notes so that you can keep

12       all these injuries straight in light of all the

13       autopsies that you do?

14   A   Yes.

15   Q   Do you also do diagrams so that you can document

16       where injuries are on certain bodies?

17   A   Yes.

18   Q   I'd like to show you what's been marked for

19       identification purposes as State's Exhibit 2 and

20       ask if you recognize this?

21   A   Yes, I do.

22   Q   What is it?

23   A   State's Exhibit 2 is photocopy of the body diagram

24       that I prepared for Helen Sailor.  It shows the

25       front and back of a female's body nude, and then it

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1      to the tongue, again, suggest possible -- a blunt

2      force type of injuries impact, but also possible --

3          When I talk about compression of the neck,

4      that's the category of asphyxial injury.  Asphyxia

5      means without a pulse, but we use it more commonly

6      to refer to a lack of oxygen, and there are all

7      sorts of asphyxial injuries one of which is

8      compression of the neck.  Another of which is

9      compression of the mouth and nose and we call that

10     smothering.  You can sometimes see injuries such as

11     the laceration and the contusion with tearing of

12     the tongue, the bruise of the tongue, when there's

13     a smothering type of mechanism occurring.

14  Q  Now, Doctor, let's go ahead and move along to the

15     area of the neck.  You indicated that there was

16     also some trauma around Helen's neck.  Can you

17     please describe that in detail?

18  A  Yes.  And we've seen a little of it in the

19     photographs we've seen already.  There was a

20     circumferential, meaning all the way around the

21     neck.  What I refer to as a *furrow mark*, it's an

22     abrasion, contusion -- abrasion and contusion

23     caused by a ligature, something that can be readily

24     wrapped around something, a ligature.

25         And when a ligature is wrapped around a neck

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1        back.

2            The petechia and the congestion of the neck

3        and face that I discussed earlier was confined to

4        the area above where that ligature was.  Below that

5        there were no petechia.

6    Q   Now, I'd like to show you what's been marked for

7        identification purposes as State's Exhibit 10.  Do

8        you recognize this?

9    A   Yes, I do.

10   Q   What is it?

11   A   This is a body diagram that I prepared in this

12       autopsy on Helen Sailor.  This body diagram shows

13       four views of an adult face.  The left side, the

14       front, the right side, and the back.  It also

15       includes the neck.  On this diagram with this

16       particular case, I have indicated the injuries that

17       I have just discussed with you and have notation

18       about those injuries on this diagram.

19   Q   Does this appear to be a true and accurate

20       photocopy of the notes that you personally prepared

21       on November 29, 2002 regarding the autopsy of Helen

22       Sailor?

23   A   Yes.

24   Q   Do you believe that this will assist the jury in

25       illustrating your testimony and being specific

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1       about the location and the appearance of these

2       injuries?

3   A   Yes.

4   Q   Thank you.

5       MS. BECKER:  State would move to admit what's

6 been marked for identification purposes as State's

7 Exhibit 10?

8       THE COURT:  Mr. Crawford.

9       MR. CRAWFORD:  No objection.

10       THE COURT:  And, Mr. Zook.

11       MR. ZOOK:  No objection.

12       THE COURT:  State's Exhibit 10 will be admitted

13 without objection.

14       MS. BECKER:  State would move to publish

15 State's Exhibit 10 by electronic display.

16       MR. ZOOK:  No objection.

17       MR. CRAWFORD:  No objection.

18       THE COURT:  State's Exhibit 10 will be

19 published without objection in any manner of the state's

20 choosing.

21       (State's Exhibit 10 was published to

22       the jury.)

23 BY MS. BECKER:

24   Q   Doctor, you indicated -- first of all, let's just

25       start with the top left of this diagram.  What view

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1        does that show?

2    A   Top left shows the left side of the face and neck.

3    Q   And what at the bottom can you tell us about the

4        way you have drawn these lines?

5    A   You can see that I've drawn the furrow mark as it

6        was evident at autopsy along the left side of the

7        neck here.

8    Q   Is there anything significant about the number of

9        furrow marks or the width or appearance of this

10       furrow mark that you found to be important?

11   A   Yes.  The fact that it ranges, you know, up to a

12       inch or so, but down to a quarter of an inch

13       suggests first of all that the ligature perhaps

14       measured approximately one quarter inch in width.

15       The fact that we have areas where it measures wider

16       than that suggests that there was sliding of that

17       ligature on the neck or perhaps loosening and then

18       retightening so that there areas that appear wider.

19           It's relatively frequent that we see this even

20       if we know the exact ligature that is involved in a

21       case.  We see marks on the -- the neck that are

22       wider than that because that ligature has moved

23       around or had multiple periods of tightening or

24       loosening.  Whether there's a struggle involved or

25       not, that can result.

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1          So -- and then there are areas that I've

2     indicated here.  There's and area of central

3     blanching where we have abrasion or scratch mark on

4     either side of an area where there is nothing, and

5     that suggests that it was a pretty significant area

6     of tightening of the ligature when that injury was

7     formed such that the sides of the neck that bent

8     around the ligature as it was tightening had the

9     abrasions or scratches from being up against that

10    ligature whereas the part that was immediately

11    under it was blanched, meaning the blood was pushed

12    out of it as that injury occurred.

13  Q  When you tighten a ligature at such an extreme that

14    is causes the skin to fold like that, does that

15    take a significant amount of force?

16  A  Relatively speaking, when we're talking about neck,

17    neck trauma, yes.

18  Q  All right.  Now, in the bottom left side, you have

19    the opposite side of the head; and if you look at

20    right margin and the right margin of those two, you

21    have some numbers written.  Is that characteristic

22    of the measurements that you took?

23  A  Yes.  Are you talking about the seven and ten?

24  Q  Exactly.

25  A  Yes.  On this lower left portion of the diagram,

378

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1      it's the right side of the face and neck; and again

2      you can see a ligature mark.  This one doesn't have

3      nearly as much overlapping, and it doesn't get as

4      wide, but what I've indicated on the upper diagram

5      is at the back of the neck, this ligature measures

6      seven inches from the top of the neck.  In the

7      front, if measures ten inches from the top of the

8      head as I -- as I explained earlier.

9   Q  Let's move now to the bottom right which would show

10     the back of the head.  Can you explain what these

11     drawings that you've made here represent?

12  A  Yes.  The bottom right is the back of the head, and

13     you can see a continuation of that furrow mark

14     across the back of the head, and this is where it

15     would be seven inches from the top of the head

16     here.

17  Q  And now let's go ahead and move up to the top

18     right.  What is significant about that mark, if

19     anything?

20  A  This -- this furrow mark shows the -- that it

21     crosses the -- about midlevel across the neck.

22     Again, there is some -- some degree of

23     criss-crossing here, and there's some contusions

24     and abrasions there.

25  Q  This degree of criss-cross, is your diagram

379

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1    accurate to show that maybe there's some area that

2    was not effected by the ligature?

3  A  Yes.  And -- and I tried to draw these diagrams as

4    accurately as possible again for my notation

5    purposes keeping in mind that there are photographs

6    taken also for absolute documentation.  But this is

7    drawn to show that as for coming from her right

8    side of her neck this way across the very middle of

9    the neck, it comes downward a bit, and then there's

10   an area of blanching, and then it starts again.

11   This suggests that whatever ligature was

12   there, that might be where a ligature is perhaps

13   twisted; or we see this frequently in hanging

14   deaths where the knot occurred in the noose.  It's

15   typically in the back of the neck, but you see this

16   criss-cross type of configuration here where the

17   furrow marks don't go right end to end

18   continuously.

19   There appears to be a portion that kind of

20   veers off to the side and another one coming in and

21   an area of blanching.  You could imagine in a

22   hanging victim the knot in the back of the neck

23   could have an appearance like that.  So it -- so it

24   suggests some twisting of a ligature,

25   criss-crossing of the ligature, or a knot.

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1    Q    All right.  Now, I'd like to show you what's been

2         marked for identification purposes as State's

3         Exhibit 11.  Do you recognize this?

4    A    Yes.

5    Q    What is it?

6    A    State's Exhibit 11 is a photograph of Mrs. Sailor

7         as autopsy showing that front portion of the neck

8         that we've just described a little off to the side,

9         the left side, showing in much greater detail than

10        my diagram what I -- what I just tried to explain

11        to you.

12   Q    Thank you.  Next I'd like you to show you what's

13        been marked for identification purposes as State's

14        Exhibit 12.  Do you recognize this?

15   A    Yes.

16   Q    What is it?

17   A    State's Exhibit 12 is a photograph of Mrs. Sailor

18        at autopsy showing the left side of her neck again

19        showing the furrow mark and showing some of the

20        very subtle parallel lines that we refer to as a

21        patterned abrasion that I described earlier.

22   Q    Thank you.  Next I'd like to show you what's been

23        marked for identification purposes as State's

24        Exhibit 13.  Do you recognize this?

25   A    Yes.

**STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)**

1  Q   What is this?

2  A   State's Exhibit 13 is a closer-up view of the left

3      side of Mrs. Sailor's neck at autopsy showing this

4      pattern of four parallel lines, very small lines

5      running together at the lower end this entire

6      furrow mark that was on the neck.

7  Q   Finally, I'd like to show you what's been marked

8      for identification purposes as State's Exhibit 14.

9      Do you recognize this?

10 A   Yes.

11 Q   What is it?

12 A   State's Exhibit 14 is photograph showing the -- the

13     back of Mrs. Sailor's neck.  Again, you can see --

14     the furrow mark on the back, and there are areas

15     that have that pattern to them again.

16 Q   Do all of these exhibits, namely, State's Exhibits

17     11, 12, 13, and 14 accurately represent what you

18     personally observed on November 29, 2002 during the

19     autopsy of Helen Sailor's body?

20 A   Yes, they do.

21 Q   Do you believe that they will assist the jury in

22     illustrating you testimony and also provide

23     evidence of the actual injuries you observed?

24 A   Yes.

25 Q   And are -- were they all taken on November 29,

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1       2002?

2   A   Yes.

3           MS. BECKER:  Thank you.  State now moves to

4   admit what's been marked for identification purposes as

5   State's Exhibit 11 through 14 inclusive.

6           THE COURT:  Mr. Crawford.

7           MR. CRAWFORD:  No objection.

8           THE COURT:  Mr. Zook.

9           MR. ZOOK:  No objection.

10          THE COURT:  Exhibits 11, 12, 13 and 14 will be

11  admitted without objection.

12          MS. BECKER:  State moves for publication by

13  electronic means.

14          THE COURT:  Counsel.

15          MR. CRAWFORD:  No objection.

16          MR. ZOOK:  No objection.

17          THE COURT:  Exhibits 11, 12, 13 and 14 will be

18  published without objection in any manner of choosing by

19  the state.

20          MS. BECKER:  Thank you, your Honor.

21  BY MS. BECKER:

22  Q   Okay.  State's Exhibit 11 you indicated was showing

23      the ligature mark around the front of the neck.

24      Can you show us where you're talking about a

25      criss-cross pattern?

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1    A    Yes.  This area of the abrasion on the furrow mark

2         has an extension somewhat downward here.  Her feet

3         are down to the left of the screen, her face is up

4         here.  So that abrasion continues this way.

5         There's one that continues this way, but there's

6         another that stops right here and does not

7         intersect with this downward abrasion.  That's

8         where I'm talking about the crisscross pattern.

9    Q    Next is 12.  Which side of the face of this is

10        Helen's?

11   A    This is the left side of the neck.  You can see her

12        chin here.  This is the bottom of the left portion

13        of the ear.  There's a lot of glare on this

14        picture, the white; but the furrow mark is right

15        here, and the area that is in the next photograph

16        that is a close-up is an area where we can see four

17        subtle parallel lines here.  It will be much more

18        visible in the next photograph.

19   Q    Go ahead and go to 12 then.

20   A    These are the four parallel lines that I'm talking

21        about in this ligature mark.  And you can see them

22        extending all the way along the side, this left

23        side of the neck.  You can see a contusion here, a

24        bruise.  You can see more of the abrasions and

25        contusions of the furrow mark complex here.  Here

384

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1        is where it's measuring about one inch, and you can

2        see that there's multiple areas where the ligature

3        caused injury here.  But this is what I refer to as

4        a patterned abrasion, very specific.  Four parallel

5        lines running along this area that I'm indicating

6        with the laser.

7    Q   And then finally, Helen -- the back of Helen's

8        neck.  What are there injuries around the neck?

9    A   Yes.  The back of the neck the furrow mark runs in

10       this location.  Again, it's relatively wide in the

11       back, and there are areas throughout this where you

12       can see some of those four parallel lines again.

13       Not nearly as well as we saw in the left picture,

14       but focally in individual areas there we can see

15       that pattern.

16   Q   Thank you, Doctor.

17           THE COURT:  Ladies and gentlemen, we're going

18   to go to give you a recess at this time.  You are all

19   jurors in this case.  I must tell you now and I will

20   repeat this again each time you are permitted to

21   separate.

22           Generally, you should not express any opinion

23   about the case before it is submitted to you for

24   deliberation; however, you are permitted to discuss the

25   evidence presented in this case amongst yourselves in the

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1   she was known to take pills from other persons for the

2   purpose of getting marijuana for them.  We believe that

3   it does show a motive.  We believe that it ties her to

4   this crime without any other means of explanation.

5          THE COURT:  I'll take the matter under

6   advisement.  Are ready to go back with the jury?

7          MS. BECKER:  Yes.

8                (The jury entered the courtroom, and

9                the following proceedings were had.)

10         THE COURT:  Be seated, please.  Ladies and

11  gentlemen, the recess lasted a little longer than

12  expected.  We were working on some legal issues, and that

13  accounted for some of the period of the recess.  Ms.

14  Becker.

15         MS. BECKER:  Thank you, your Honor.

16               **DIRECT EXAMINATION CONTINUED**

17  BY MS. BECKER:

18  Q   Doctor Prahlow, you were indicating that based upon

19      your examination of the body of Helen Sailor during

20      autopsy that it was clear that she was strangled

21      with a ligature.  In addition to that, did you

22      notice any other diseases from which she was

23      suffering or any other problems with her physical

24      condition during the autopsy?

25  A   Yes.

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1   Q   What did you notice?

2   A   On internal examination when the body is opened and

3       the organs are removed one by one, we not only take

4       note of injuries that are present we also take not

5       of natural diseases that we may find.

6           Specifically, with Mrs. Sailor's autopsy, she

7       had a heart that was somewhat enlarged, which is

8       not unusual for someone as elderly as she is.  She

9       also had atherosclerosis, or hardening of the

10      arteries, again, which is not unusual in the United

11      States population.  Specifically, she had some

12      atherosclerosis, or hardening of the arteries, of

13      the aorta, which is the large artery coming off the

14      heart, supplies blood to the rest of the body, and

15      that was from a mild degree to a severe degree

16      focally.

17          She also had some atherosclerosis, or

18      hardening of the arteries of blood vessels in the

19      brain, but just to a mild extent.  She also had

20      some changes in her kidneys which suggests some

21      atherosclerosis under the microscope.

22  Q   Were any of these internal deformities or

23      deficiencies contributory causes to her death?

24  A   No.

25  Q   All right.  Let's specifically talk about her cause

391

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1          of death.  You've indicated that she was strangled.

2          You've indicated that she had some asphyxia.  What

3          exactly was the cause of Helen Sailor's death?

4     A    In my opinion, the cause of death was

5          strangulation.

6     Q    Okay.  There's also term called *manner of death*,

7          what does that mean?

8     A    The manner of death -- well, first of all the cause

9          of death.  The cause of death is either an injury

10         or a disease, sometimes the combination of both of

11         those that sets in motion the chain of events that

12         leads to death.  That's what the cause of death is.

13         It's either an injury or a disease or a combination

14         of those two.

15              The manner of death specifically refers to the

16         means by which that cause of death occurred.  In

17         Indiana we have five choices for manner of death

18         when a death certificate is filled out.  We can

19         call it a natural death.  That's when the death is

20         related to an underlying disease process.  It's a

21         natural death.  It can be an accidental death, an

22         unforeseen event.  It can be a suicide, when

23         someone takes their own life.  It can be a

24         homicide, death at the hands of another.  And then

25         we have kind of a fifth category where we don't

STATE'S WITNESS - DR. JOSEPH PRAHLOW - (DIRECT)

1      have enough information to decide between those

2      first four, and we can call it undetermined manner

3      of death.

4    Q  In Helen Sailor's death, what was the manner of

5      death?

6    A  The manner of death was homicide.

7    Q  So if you've got a death at the hands of another

8      based upon your autopsy examination of Helen

9      Sailor's body, that -- is it fair to say that that

10     has enabled you to draw some conclusions just based

11     upon what you've observed?

12   A  Yes.

13   Q  Specifically let's talk about the ligature marks

14     ranging from a quarter of an inch all the way up to

15     an inch, there being several repeated patterns the

16     crossover, that type of thing.  Because of the

17     amount of differences and the changes in those, did

18     it appear to you that death was instant when that

19     ligature was applied?

20   A  No.

21   Q  Why not?

22   A  Because, again, basing it on my experience in doing

23     other cases of strangulation, some of which there

24     was no question unconsciousness occurred within a

25     matter of seconds and then death followed shortly,