STATE'S WITNESS - FLORENCE MACIOCE - (DIRECT)

1                        parties present.  The jury entered the

2                        courtroom and the following

3                        proceedings were had.)

4            THE COURT:  Be seated, please.  Call your next

5    witness.

6            MS. BECKER:  Thank you, your Honor.  The state

7    would call Florence Macioce.

8            THE COURT:  Now, would you raise your right

9    hand, please.

10                   (The witness was sworn.)

11           THE WITNESS:  I do.

12           THE COURT:  Thank you.  Ms. Becker.

13                    **FLORENCE MACIOCE**

14   **called on behalf of the State, having been first duly**

15   **sworn, testified as follows:**

16                    **DIRECT EXAMINATION**

17   BY MS. BECKER:

18    Q    Good afternoon, ma'am.  Would you please tell the

19         jury who you are?

20    A    Florence Macioce.

21    Q    Okay.  Florence, where did you live in November of

22         2002?

23    A    303 Waterfall Drive, Apartment 812.

24    Q    Is that also known as the Waterfall Highrise?

25    A    Yes.

**STATE'S WITNESS - FLORENCE MACIOCE - (DIRECT)**

1    Q   How long had you lived at the Waterfall Highrise by

2        that time?

3    A   Seven years that time, but I lived there before.

4    Q   Did you know someone by the name of Helen Sailor?

5    A   Yes.

6    Q   Okay.  Were you friendly with Helen?

7    A   Yes, we talked.

8    Q   The reason I want to draw your attention to

9        Thanksgiving evening of 2002, I want to ask you

10       about who you saw that evening.  First of all, do

11       you remember where you were during the day?

12    A   Yes.  I was at home, then I went downstairs in the

13       lobby.

14    Q   Okay.  Do you recall seeing Charlie Lambert that

15       evening?

16    A   Twice, yes.

17    Q   How long had you known Charlie lambert?

18    A   Approximately eight years.

19    Q   Okay.  Did you recognize him by sight?

20    A   Yes.

21    Q   All right.  Where did you see Charlie Lambert that

22       night?

23    A   First in the elevator, and then when he came out

24       into the lobby to go out the front door.

25    Q   Did you talk to Charlie Lambert at all?

STATE'S WITNESS - FLORENCE MACIOCE - (DIRECT)

1   A   I said Hi, but he left.

2   Q   Okay.  So you didn't have a very long conversation.

3   A   No.

4   Q   All right.  Did there also come a time where you

5       saw a person known as Lana Canen at the highrise?

6   A   Yes.

7   Q   First of all, do you know someone by the name of

8       Lana Canen?

9   A   Yes.

10  Q   Do you see that person in the courtroom today?

11  A   Yes.

12  Q   Would you please describe what she is wearing and

13      where she is seated so we all know who you're

14      speaking of?

15  A   In this, like, pinkish orangish top, sitting right

16      over there with the long black hair.

17  Q   All right.  Is she seated off to your left?

18  A   Yes.

19          MS. BECKER:  Would the record please reflect

20  this witness has identified the defendant, Lana Canen?

21          THE COURT:  The record will so reflect.

22  BY MS. BECKER:

23  Q   Did you also know a person by the name of Andrew

24      Royer?

25  A   Yes.

STATE'S WITNESS - FLORENCE MACIOCE - (DIRECT)

1  Q   How do you know Andrew Royer?

2  A   He lived in the same building?

3  Q   Do you see Andrew Royer in the courtroom today?

4  A   Yes.  He's right there.  He has glasses on and

5      orange shirt with flowers or whatever.

6  Q   Is he also off to your left?

7  A   Yes, correct.

8      MS. BECKER:  Would the record please reflect

9  this witness has identified the defendant, Andrew Royer.

10     THE COURT:  The record will so reflect.

11  BY MS. BECKER:

12  Q   Now, when you saw the defendant Lana Canen at the

13     Waterfall Highrise, where was she?

14  A   On Thanksgiving evening you mean?

15  Q   On Thanksgiving evening.

16  A   Outside towards the left of the building.

17  Q   What did you see Lana Canen doing outside on

18     Thanksgiving evening?

19  A   Just pacing.

20  Q   Did you actually sit there and watch her?

21  A   No.  I kind of seen her just walking by back and

22     forth.

23  Q   After Charlie Lambert left that evening, did you

24     see Lana Canen any more?

25  A   No.

**STATE'S WITNESS – FLORENCE MACIOCE – (DIRECT)**

1  Q   Now, Flo, I want to take you a couple weeks later.

2      Were you still living at the highrise at that time?

3  A   Yes.

4  Q   Did you come into contact with Charlie Lambert

5      again at that time?

6  A   It's about approximately four weeks later.

7  Q   About four weeks later.

8  A   Yes.

9  Q   Where were you located when that happened?

10 A   I was coming out of the elevator going towards the

11     lobby to go out.

12 Q   Okay.  Where is the laundry room located?

13 A   As soon as you get off the elevator directly ahead.

14 Q   Okay.  Was it in that general vicinity where you

15     ran into Charlie Lambert?

16 A   Yes.  They call it -- Charlie was sitting in the

17     laundry room, and there was another resident.  They

18     called me into the laundry room.  I had a

19     conversation with Charlie.

20 Q   Okay.  I'm going to ask you about the conversation

21     you had with Charlie.  Did Charlie ask you any

22     questions?

23 A   After -- after he told me --

24     MR. ZOOK:  Objection, your Honor.  This is

25 getting into hearsay at this point.

475

STATE'S WITNESS - FLORENCE MACIOCE - (DIRECT)

1          THE COURT:  Well, this is a yes or no question

2    at this point.  The question was: "Did Charlie ask her

3    any questions.  Without saying what the questions were or

4    were not, can you answer that question?

5          THE WITNESS:  Yes.

6          THE COURT:  Okay.  What is your answer to that

7    question?

8          THE WITNESS:  Yes.

9     Q   What did Charlie ask you?

10         MR. ZOOK:  Hearsay.

11         MS. BECKER:  May we approach?

12         THE COURT:  Sustained.

13         MS. BECKER:  May we approach?

14         THE COURT:  You may.

15             (An off-the-record discussion was held

16              at the bench.)

17         THE COURT:  The objection will be sustained.

18   BY MS. BECKER:

19    Q   Ms. Macioce, you indicated that you had a

20        conversation with Charlie Lambert approximately

21        four weeks later.

22    A   Yes.

23    Q   During that conversation, did you encourage him to

24        do something?

25    A   Yes.

STATE'S WITNESS - FLORENCE MACIOCE - (CROSS)

1    Q    What did you encourage him to do?

2    A    I encouraged him to go down and talk to the police

3         department about what he spoke to me about.

4    Q    Okay.  I don't have any further questions.  Thank

5         you.

6              THE COURT:  Mr. Zook.

7              MR. ZOOK:  No questions.

8              THE COURT:  And Mr. Crawford.

9                        **CROSS-EXAMINATION**

10   BY MR. CRAWFORD:

11   Q    Ms. Macioce, you had indicated that you had seen

12        Lana Canen outside the apartment complex on

13        November 28, 2002.  Isn't that correct?

14   A    Correct.

15   Q    And she was the only person you'd seen outside the

16        apartment complex on that date in question.  Isn't

17        that correct?

18   A    Correct.

19             MS. BECKER:  No further questions, your Honor.

20             THE COURT:  Ms. Becker, any additional

21   question?

22             MS. BECKER:  No redirect?

23             THE COURT:  Anyone else have any questions for

24   this witness?

25             MR. ZOOK:  No, sir.