UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LANA CANEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 3:14-CV-00315 |
| | ) |
| DENNIS CHAPMAN, in his Individual capacity as Deputy for the Elkhart County Sheriff Department, and MARK DAGGY, in his individual capacity as Officer for the Elkhart Police Department, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MARK DAGGY

I, Mark Daggy, am over 18 years of age and have personal knowledge of the matters asserted in this affidavit.

1.) I have been employed with the City of Elkhart Police Department since 1994 and currently hold the rank of Detective.

2.) On July 28, 2003, the City of Elkhart Police Department formed a Homicide Unit and I joined the unit as a Detective.

3.) In August, 2003, the Homicide Unit began to investigate the Helen Sailor case.

4.) The following are true and accurate copies of the original Case Supplemental Reports made by the City of Elkhart Police Department Officers during the course of the investigation:

EXHIBIT 3

5.) Case Supplemental Report by Barnard L. Stockman, dated 11/29/2002, designated as Exhibit 5 to the Memorandum of Law in Support of Summary Judgment.

6.) Case Supplemental Report by William Wargo, dated 8/20/2003, designated as Exhibit 7 to the Memorandum of Law in Support of Summary Judgment.

7.) Case Supplemental Report by Detective Carl Conway, dated 9/12/2003, designated as Exhibit 8 to the Memorandum of Law in Support of Summary Judgment.

8.) Case Supplemental Report by Detective Carl Conway, dated 9/4/2003, designated as Exhibit 9 to the Memorandum of Law in Support of Summary Judgment.

9.) Case Supplemental Report transcribing the statement of Charles Lambert by Lieutenant Paul Converse, dated 9/10/2003, designated as Exhibit 10 to the Memorandum of Law in Support of Summary Judgment.

10.)    Case Supplemental Report transcribing the statement of Nina Porter to Detective Carl Conway, dated 9/2/2003, designated as Exhibit 11 to the Memorandum of Law in Support of Summary Judgment.

11.)    Case Supplemental Report by Detective Carl Conway, dated 9/10/2003, designated as Exhibit 12 to the Memorandum of Law in Support of Summary Judgment.

12.) Case Supplemental Report transcribing the statement of Andrew Royer to Detective Carl Conway, dated 9/3/2003, designated as Exhibit 13 to the Memorandum of Law in Support of Summary Judgment.

13.) It is the regular practice of the City of Elkhart Police Department to make Case Supplemental Reports, and these reports are made at or near the time referred to in the reports.

14.) These Case Supplemental Reports are kept in the regular course of business of the City of Elkhart Police Department and maintained by officers who have the responsibility to document the criminal files.

Further affiant sayeth not.

_____
Mark Daggy

STATE OF INDIANA )
) SS:
Elkhart COUNTY )
(where signed)

Subscribed and affirmed before me on the 14th day of July, 2015.

Notary's Commission
Expires: 12/12/20

_____
Signature of Notary Public

Notary's County of
Residence: Elkhart

Mildred M Owens
Printed Name of Notary Public

Mildred M. Owens
Elkhart County
My Commission Expires
December 12, 2020