**CASE SUPPLEMENTAL REPORT**                                              Printed: 02/26/2014 15:04

*Elkhart Police Department*                                                       OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *STOCKMAN, B. L. (84)*                **Date / Time:** *11/29/2002 07:24:00, Friday*
**Supervisor:** *PRICE, S. R. (308)*                    **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:**                                            **Reference:** *Additional*

---

Homicide Supplement

Case #: 2002-1129-008
Reported: 11/29/02  0724   Occ. From: 11/28/02  1730   to 11/29/02  0700
Address: 303 Waterfall Dr. Apt 1002

Victim: Helen C. Sailor
       W/F, DOB:
       Phone 574-522-

Reporting parties:
#1  Carolyn Hoffer

    Elkhart, IN 46514
    DOB:              TX: 574-293-
    Emp: Regional Home Health Care    295-
    Carolyn's Cell: 574-215-      Pager: 888-
#2  Larry Converse

    Elkhart, IN 46516
    DOB:              TX: 574-293-
    Work TX : 574-642-
#3  Carol Converse  (wife of #2, same address, etc.)
    DOB:           Work TX: 574-262-

Person with knowledge:    Mary Jane DeJong , 303 Waterfall, Apartment 1001 (across hall from victim).
         Home phone: 293-'

The RP's related the following events to me concerning this case;

Carolyn Hoffer is a home health provider. She arrived at Helen Sailor's apartment at her usual time of 7AM. Carolyn could not get an answer at the door so she tapped on the door across the hallway to see if Mary DeJong might know something. They decided to call relatives of Sailor's and called Larry and Carol Converse. Converses arrived about 7:20AM. They used their key to gain entry to Sailor's apartment and found her dead on the floor. Larry told me they

**EXHIBIT 5**

**Investigator Signature:**_____

*r_supp3*                                                                                          Page 1

# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:04

*Elkhart Police Department*                                                                                     OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** CLEARED BY ARREST  **Occurred:** 11/28/2002
**Offense:** HOMICIDE

**Investigator:** STOCKMAN, B. L. (84)  **Date / Time:** 11/29/2002 07:24:00, Friday
**Supervisor:** PRICE, S. R. (308)  **Supervisor Review Date / Time:** 02/26/2014 00:00:00, Wednesday
**Contact:**  **Reference:** Additional

called 911 right after that.
When they got into the apartment, Carolyn Hoffer and the Converses knew there was something wrong right away. Helen Sailor is legally blind and keeps things very neat and tidy. She can easily locate things if they are in the same place all the time. When they walked through the door they first saw the throw rug was almost sideways to the way Helen likes it. Her bible is usually kept in a box, on the bottom shelf of a night stand type table in the living room. The bible box was missing, and the bible was laying loose on the small bed in the living room. There is a rumor that Helen keeps at least $100 in that bible - but there was no money in it at all. Helen's heart shaped key ring usually has four or five keys on it. The key ring was there on the kitchen table, but it had no keys on it. Some drawers were pulled out of the dresser in the bedroom and were on the bed. Under the south end of the bed, a dark color metal box could be seen. It looks like a cash box. The box appeared to be pried open.

Helen's body was laying in the east bedroom. She was on her back. There was obvious normal appearing skin discoloration that occurs upon death, but there was also some much darker marks under her chin and on her neck that did not appear normal. Those marks looked very much like an injury from unknown means.

Lt. Lerner #99 was the first EPD officer at the scene. He allowed Paramedic Jeff Alwine and one other medic into the crime scene area. Cpl. T. McConnell was next at the scene and then myself about 2 minutes later. We started a crime scene log and Lt. P. Posthuma was called from CID. She sent Det. J. Bourdon #147 to the scene and he also thought the scene looked as if a homicide had been committed. When Bourdon called Posthuma back, she sent Detectives Hammil #173 and Thayer #180. The coroner was called.

Converses stated they picked up Helen about 2PM to take her to a Thanksgiving get-together.
They brought her back to her apartment building about 5:30PM. They also stated Helen gets around with a "walker". When they got to Helen's apartment building, Helen was let into the front door by someone who was already sitting in the lobby. This is quite normal at this building. Helen went around the corner to the elevators and out-of-sight. The man sat back down in the lobby. Converses left in their car.

The neighbor across the hallway, Mary Jane DeJong, stated she heard a noise in the hall after 5:30PM. She hadn't seen Helen for a day or so and thought it might be her, so she looked out of her apartment door.

**Investigator Signature:**

| Elkhart Police Department | | OCA: **20021129008** |
|---|---|---|

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *STOCKMAN, B. L. (84)*   **Date / Time:** *11/29/2002 07:24:00, Friday*
**Supervisor:** *PRICE, S. R. (308)*   **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:**   **Reference:** *Additional*

---

Mary said a younger man was walking west in hallway, away from Helen's door. The man had on a gray jacket that appeared to be nylon on the outside. She didn't remember his hair color for sure, but knew the man was a white male. She guessed at the man being in his 20's and 5'10" or less, with a medium to slender build. The man didn't appear to have anything in his hands. She didn't think much of that at the time and closed her door.

Carolyn Hoffer, the home health care provider, stated she called Helen around 8:45 to 9:15PM that evening but she didn't get an answer on the phone. Hoffer's supervisor didn't think Carolyn should be concerned by that, as Helen did say she was going out for Thanksgiving.

It should be noted the door to Helen's apartment was found locked in the morning when Carolyn arrived. The door may NOT be locked and then pulled shut. You must lock the door with a key from the outside after it is closed.

I talked to the maintenance manager of building. His name is Mike Nelson. Mike looked up the records for any service calls that may have been connected to Helen's apartment. The last service call when anyone went inside her apartment was May 27th, 2002 for a faulty shower head.

It should be noted the trash chutes in the building have been clogged from the 4th floor, up to the 10th floor where Helen's apartment is. No trash could be thrown away unless it was carried downstairs. Det. Christian was working with maintenance to see if there was trash relating to the scene.

**Investigator Signature:**_____