# REQUEST FOR LABORATORY EXAMINATION

*Indiana State Police Laboratory*
03F 1574 Submission 1
20B M 0 Elkhart Police Department

| | | |
|---|---|---|
| Receiving Laboratory | FWR | New Case [XX] Additional [ ] Page 1 of |
| Investigating Officer(s) | Detective Joel Bourdon | occurrence  Elkhart |
| Contributing Agency | Elkhart City Police Department | ORI  IN0200100 |
| Address | 175 Waterfall Dr. - Elkhart, In. 46516 | Telephone Number  (574) 295-7070 |
| Type of Investigation | Homicide | Agency Case Number  2002-1129-008 |
| Victim Name(s) | Helen C. Sailor | |
| Suspect Name(s) | Larry D. Wood , Tony B. Thomas | |
| Delivered to Laboratory by | Detective Joel Bourdon | Received by  Saylor 6953 |
| Date Received  5/8/03 | Time Received  1315 | Assigned to  DNA BLD, LX, IP, GC |

Remarks

### ITEM # Descriptions of Items Submitted

| | |
|---|---|
| 4 | Sealed Paper Sack Containing a Blue Flowered Towel |
| 5 | Sealed Paper Sack Containing a White Flowered Towel |
| 6 | Sealed Paper Sack Containing a Peach Colored Towel |
| 7 | Sealed Paper Sack Containing a Lavender Colored Towel |
| 8 | Sealed Paper Sack Containing a Peach Colored Towel |
| 17 | Sealed Paper Sack Containing a Pair of Shoes from Larry Converse |
| 23 | Sealed Paper Sack Containing an Adhesive Lifter with an Unknown Substance |
| 24 | Sealed Paper Sack Containing an Adhesive Lifter with Possible Hair |
| 25 | Sealed Paper Sack Containing an Adhesive Lifter with Possible Hair |
| 26 | Sealed Paper Sack Containing an Adhesive Lifter with an Unknown Substance |

### Examination Request

Serology Examination and Comparison of Items 4,5,6,7,8,17,23,24,25,26,27,29,32,33,34,35,36,37,38,39, 42,44,48,67,71,82,89,94,95,97& 98 , If any Unidentified Contributors are found CODIS Entry and Search . Finger/Palm Print Examination of Items 73,74,75,80,90,91&100 to Items 45,93 & 101 , If any Unidentified Impressions are Found Enter and Search AFIS.  cont...

SUBMIT IN TRIPLICATE

OAS - F-ReqLabEx 1-25-85  dra  Stock #629


EXHIBIT B

# REQUEST FOR LABORATORY EXAMINATIO[N]

Indiana State Police Laboratory
03F 1574   Submission 1
20B M 0 Elkhart Police Department

| Field | Value |
|---|---|
| Receiving Laboratory | FWR |
| New Case [XX] Additional [ ] Page | 2 |
| Investigating Officer(s) | Detective Joel Bourdon |
| occurrence | Elkhart |
| Contributing Agency | Elkhart City Police Department |
| Address | 175 Waterfall Dr. - Elkhart, In. 46516 |
| ORI | IN0200100 |
| Telephone Number | (574) 295-7070 |
| Type of Investigation | Homicide |
| Agency Case Number | 2002-1129-008 |
| Victim Name(s) | Helen C. Sailor |
| Suspect Name(s) | Larry D. Wood, Tony B. Thomas |
| Delivered to Laboratory by | Detective Joel Bourdon |
| Received by | Weefer 6953 |
| Date Received | |
| Time Received | |
| Assigned to | BLD, LX, IP, GC |

Remarks

### ITEM # Descriptions of Items Submitted

| ITEM # | Description |
|---|---|
| 27 | Sealed Paper Sack Containing a Pair of White Shoes from Helen C. Sailor |
| 29 | Sealed Paper Sack Containing a Pair of Tan Slacks from Helen C. Sailor |
| 32 | Sealed Indiana State Police Sexual Assault Evidence Collection Kit from Helen C. Sailor |
| 33 | Sealed Paper Sack Containing Fingernail Clippings from Right Hand of Helen C. Sailor |
| 34 | Sealed Paper Sack Containing Fingernail Clippings from Left Hand of Helen C. Sailor |
| 35 | Sealed Paper Sack Containing a Swabbing from Abdomen of Helen C. Sailor |
| 36 | Sealed Paper Sack Containing a Swabbing from Face of Helen C. Sailor |
| 37 | Sealed Paper Sack Containing a Pink Sweater from Helen C. Sailor |
| 38 | Sealed Paper Sack Containing a Tan Sweater from Helen C. Sailor |
| 39 | Sealed Paper Sack Containing a Tan and Black Stiped Sweater from Helen C. Sailor |

### Examination Request

Footwear Impression Examination and Comparison of Items 72, 81 & 83 to Items 17 & 27
Examine and Compare Liquid Substance in Item 64 to Items 4,5,6,7,8,17,29,35,36 & 39

SUBMIT IN TRIPLICATE

OAS - F-ReqLabEx 1-25-85   dra                         Stock #629   State Form #38930R2

# REQUEST FOR LABORATORY EXAMINATION

--- Indiana State Police Laboratory ---
03F 1574   Submission 1
20B M 0 Elkhart Police Department

| Field | Value |
|---|---|
| Receiving Laboratory | FWR |
| New Case | [XX] |
| Additional | [ ] Page 3 |
| Investigating Officer(s) | Detective Joel Bourdon |
| County of occurrence | Elkhart |
| Contributing Agency | Elkhart City Police Department |
| ORI | IN0200100 |
| Address | 175 Waterfall Dr. - Elkhart, In. 46516 |
| Telephone Number | (574) 295-7070 |
| Type of Investigation | Homicide |
| Agency Case Number | 2002-1129-008 |
| Victim Name(s) | Helen C. Sailor |
| Suspect Name(s) | Larry D. Wood, Tony Thomas |
| Delivered to Laboratory by | Detective Joel Bourdon |
| Received by | Taylor 6953 |
| Date Received | 5/8/03 |
| Time Received | 1315 |
| Assigned to | BCD, LX, ID, GC |

Remarks

**ITEM # Descriptions of Items Submitted**

| ITEM # | Description |
|---|---|
| 42 | Sealed Paper Sack Containing a White Unknown Debris from on Helen C. Sailor |
| 44 | Sealed Plastic Container Containing a Vial of Blood from Helen C. Sailor |
| 45 | Sealed Paper Sack Containing Inked Fingerprint Impressions from Helen C. Sailor |
| 48 | Sealed Paper Sack Containing Dentures |
| 64 | Sealed Paper Sack Containing Planters Peanut Oil Bottle with small amount of Liquid |
| 67 | Sealed Paper Sack Containing a Carpet Cutting with Possible Blood |
| 71 | Sealed Paper Sack Containing an Adhesive Lifter with Possible Blood Labeled L1 |
| 72 | Sealed Plastic Bag Containing Three Adhesive Lifters with Impressions Labeled L2, L3 &L4 |
| 73 | Sealed Plastic Bag Containing an Adhesive Lifter with Impression Labeled L5 |
| 74 | Sealed Plastic Bag Containing Two Adhesive Lifters with Impressions Labeled L6 &L7 |

Examination Request

SUBMIT IN TRIPLICATE

OAS - F-ReqLabEx 1-25-85   dra            Stock #629   State Form #38930R2

## REQUEST FOR LABORATORY EXAMINATION

--- Indiana State Police Laboratory ---
03F 1574   Submission 1
20B M 0 Elkhart Police Department

| Field | Value |
|---|---|
| Receiving Laboratory | FWR |
| New Case [XX] Additional [ ] Page | 4 |
| Investigating Officer(s) | Detective Joel Bourdon |
| Contributing Agency | Elkhart City Police Department |
| Address | 175 Waterfall Dr. - Elkhart, In. 46516 |
| County of occurrence | Elkhart |
| ORI | IN0200100 |
| Telephone Number | (574) 295-7070 |
| Type of Investigation | Homicide |
| Agency Case Number | 2002-1129-008 |
| Victim Name(s) | Helen C. Sailor |
| Suspect Name(s) | Larry D. Wood |
| Delivered to Laboratory by | Detective Joel Bourdon |
| Received by | N. Saylor 6953 |
| Date Received | 5/8/03 |
| Time Received | 1315 |
| Assigned to | BLD, LX, IP, GC |

Remarks

### ITEM # Descriptions of Items Submitted

| Item # | Description |
|---|---|
| 75 | Sealed Plastic Bag Containing Two Adhesive Lifters with Impressions Labeled L8&L9 |
| 80 | Sealed Plastic Bag Containing Three Adhesive Lifters with Impressions Labeled L11, L12 &L13 |
| 81 | Sealed Plastic Bag Containing Four Adhesive Lifters with Impressions Labeled L14, L15, L16 & L17 |
| 82 | Sealed Paper Sack Containing Two Adhesive Lifters with Possible Blood Labeled L18 & L19 |
| 83 | Sealed Plastic Bag Containing an Adhesive Lifter with Impression Labeled L20 |
| 89 | Sealed Paper Sack Containing a White Piece of Paper with Stain |
| 90 | Sealed Plastic Bag Containing Two Adhesive Lifters with Impressions |
| 91 | Sealed Plastic Bag Containing an Adhesive Lifter with Impression |
| 93 | Sealed Plastic Bag Containing an EPD Finger/Palm Print Card with Inked Impressions of Larry D. Wood |
| 94 | Sealed Indiana State Police Suspect Evidence Collection Kit from Larry D. Wood |

Examination Request

SUBMIT IN TRIPLICATE

OAS - F-ReqLabEx 1-25-85   dra                    Stock #629   State Form #38930R2

## REQUEST FOR LABORATORY EXAMINATION

--- Indiana State Police Laboratory ---
03F 1574   Submission 1
20B M 0 Elkhart Police Department

Receiving Laboratory: FWR
New Case [XX]
Additional [ ] Page 5 of

Investigating Officer(s): Detective Joel Bourdon

Contributing Agency: **Elkhart City Police Department**
Address: 175 Waterfall Dr. - Elkhart, In. 46516

occurrence: Elkhart
ORI: IN0200100
Telephone Number: (574) 295-7070

Type of Investigation: Homicide
Agency Case Number: 2002-1129-008

Victim Name(s): Helen C. Sailor

Suspect Name(s): Larry D. Wood, Tony B. Thomas

Delivered to Laboratory by: Detective Joel Bourdon
Received by: Taylor 6953

Date Received: 5/8/03
Time Received: 1315
Assigned to: BCD, LX, IP, GC

Remarks:

### ITEM # Descriptions of Items Submitted

| ITEM # | Description |
|---|---|
| 95 | Sealed Paper Sack Containing a Sealed Swab Kit with Two Swabs of Saliva Samples from Larry D. Wood |
| 97 | Sealed Paper Sack Containing a Postcard with Possible Blood |
| 98 | Sealed Paper Sack Containing a Church Bulletin with Possible Blood |
| 100 | Sealed Plastic Bag Containing an Adhesive Lifter with Impression |
| 101 | Sealed Plastic Bag Containing an EPD Finger/Palm Print Card with Inked Impressions of Tony B. Thomas |

Examination Request

SUBMIT IN TRIPLICATE

OAS - F-ReqLabEx 1-25-85   dra                    Stock #629   State Form #38930R2