ELKHART COUNTY SHERIFF
GOSHEN, INDIANA

SUPPLEMENTARY REPORT ON OFFENSE OF: MURDER

COMPLAINANT: State of Indiana
STREET ADDRESS: 175 Waterfall Dr.
CITY AND STATE: Elkhart, Indiana

INCIDENT # 2002-1129-008
DATE:
TIME:

SUMMARY: On August 29, 2003, at the request of Detective Joel Bourdon of the Elkhart City Police Department, I agreed to examine some fingerprint lifts for a possible match to suspects in a murder that occurred in the City of Elkhart. Detective Hammel and Detective Conway also delivered fingerprint cards and fingerprint lifts to the Sheriff's Department for examination.

In total, there were thirteen sealed plastic bags containing latent print lifts. One of these bags consisted of a pill bottle with latent prints on it. There were sixteen fingerprint cards and the rolled prints of the victim.

Not all of the fingerprint cards were of suspects, but of persons that may have been in the residence of the victim.

The fingerprint lifts were examined first for identifiable prints. There was some ridge detail present on a majority of the lifts, but in most cases, there was not enough ridge detail for a comparison. The lifts were then separated into possible comparison possibilities and those that there was not enough ridge detail present for a comparison.

One lift labeled med tub "M" 0937 E2803, had sufficient ridge detail for a comparison. The pattern was a loop with a possible ridge count of 7-17. I then began examining the print cards for possible matches. The victim's prints were eliminated right away as there was very little to no ridge detail present in her prints.

One of the suspect's was a Lana Canen. I examined her fingerprint card from Elkhart City and also one that was on file in the Sheriff's Department. The print on file with the Sheriff's Department was used because the quality was a little better, but they were both the prints of Lana Canen.

As mentioned earlier, the latent print being examined was a loop. Checking Lana Canen's print card, she did appear to have a radial loop of the right index finger. This finger was examined first, but it did not match the latent. If the print was from Lana, then it would have to be an Ulnar loop from the left hand. The left thumb was a Whorl so it was eliminated. The left index was a possible Whorl or a Radial loop, so it was eliminated. This left the left middle, ring, and index. The left middle had a small ridge count so this



EXHIBIT D

was eliminated. The left ring finger appears to be a Whorl with a possible reference to a loop so it was eliminated. This left the left little as a possible.

After studying the left little finger on the fingerprint card of Lana Canen and the latent print from the med tub "M" 0937 E2803, I found several points that matched up with each other. Based on my experience as a Fingerprint Examiner with the Federal Bureau of Investigation from 1976-1978 and my continued examination of fingerprints with the Elkhart County Sheriff's Department, the latent print from the med tub is the left little finger of Lana Canen.

On fingerprint lift "D from the bottom of Pill Divider without blk lettering", there was another possible latent print. There was some ridge detail, but it was very faint. Since Lana Canen's print was found on the med tub, I compared this with her fingerprint card.

The latent print appeared to be a Central Pocket Loop with a inner tracing or a loop. The only finger that fit this pattern was Lana Canen's left ring finger. I could find a couple points that matched, however I did not find enough points to make a positive identification. The other fingerprint cards were then checked but none had a similar pattern.

The only identification was the left little finger of Lana Canen on the Med Tub.

*Det Dennis E. Chapman #170*

Detective Dennis E. Chapman#170
Detective Bureau
ELKHART COUNTY SHERIFF'S DEPARTMENT