# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:07

**Elkhart Police Department**

OCA: *20021129008*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *CLEARED BY ARREST*  **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *BOURDON, J. A. (147)*  **Date / Time:** *03/05/2004 16:09:13, Friday*
**Supervisor:** *(0)*  **Supervisor Review Date / Time:** *03/05/2004 00:00:00, Friday*
**Contact:**  **Reference:** *Evidence Tech Report*

In regards to this case on March 5, 2004, Det. Dennis Chapman of the Elkhart County Sherriff's Department met with me at the Elkhart Police Department. And at 1252 hrs. turned back over to us all of the latent impressions and inked and rolled finger print impressions, which we had submitted to him for his examination and comparison. Along with the return of these items, Det. Chapman provided me with a signed supplemental report to this case showing the results of his examination.

These items of evidence were then returned to the evidence room and then the original report by Det. Chapman, along with the signature on Chain of Custody Forms were placed into the original file and copies of this report were provided for Det. Lt. Paul Converse.

It should also be noted that Det. Chapman provided to me, nine enlargements of finger print impressions that he made during the course of his examination. These will be placed also with the evidence in this case.

Det. Tech. Joel Bourdon 0147

JB/kl



EXHIBIT E

**Investigator Signature:**

r_supp3  Page 1