**Elkhart Police Department**                                                                    OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *WARGO, W. B. (187)*              **Date / Time:** *08/20/2003 12:56:55, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*                **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:**                                         **Reference:** *Investigative Progress*

---

On 08-12-03 @ 1055 hrs. investigators from the Homicide Investigation Team were reviewing photos from the crime scene. It was noticed that there was a plastic container containing medication sitting on the stove. Next to this were two pill boxes with one of the days opened.

After hearing that due to the lack of vision by Helen, that her apartment was normally kept in a specific order to help her get along. With this discrepancy, I phoned Pam Fehlbeck on 08-12-03 in the morning hours to inquire about what we had seen.

I asked Ms. Fehlbeck if she could explain to me how Helen's medication would be stored inside the apartment. I was advised that there would be two pill boxes on the counter top next to the stove. Behind the two pill boxes was a plastic container containing various bottles of medications (the plastic container on the stove). Next to that would be a white paper bag with even more medication inside it. It should be noted that the photograph in question in fact shows a white plastic bag in the location Ms. Fehlbeck explained.

When asked if anybody from Regional Health Care would stand at the counter to fill the med boxes, I was advised they would not. The reasons for this would be it takes approximately one hour to completely fill the med boxes, and that while standing at the counter a person might drop a pill.

For these reasons, I was advised that whoever filled the med boxes, would do so while sitting on the day bed in the living room portion of the apartment. Ms. Fehlbeck stated that Helen would not have moved the plastic container containing the meds on her own. This could lead to confusion as to what she needed to take and when.

According to Ms. Fehlbeck the last person from Regional that would have had anything to do with Helen's medication would have been Erica Thomas and that would have been on 11-25-03. Ms. Fehlbeck stated that Regional would be the only company that would have any responsibility for Helen's medication or her med boxes.

[08/20/2003 13:08, WWARGO, EPD]



**Investigator Signature:**_____