# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:24

**Elkhart Police Department**  OCA: *20021129008*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*   **Date / Time:** *09/12/2003 14:28:23, Friday*
**Supervisor:** *(0)*   **Supervisor Review Date / Time:** *09/12/2003 00:00:00, Friday*
**Contact:** *Macioce, Florence*   **Reference:** *Investigative Progress*
  *Waterfall Dr, Elkhart*
  *574-293-*

On 08-08-03, Detective Daggy and I went and spoke with Janet Clark about some information that she might have in regards to this incident. While doing such, we also met with a resident of the Waterfall High Rise by the name of Florence Macioce.

Macioce advised that she had gone down to the High Rise lobby at approximately 1910 hours on 11-28-02 so that she could meet her son that was planning on visiting. While in the lobby, Macioce advised that she noticed Lana Canen "marching" back and forth in front of the building. Macioce stated Canen was not with anyone, but noticed that Canen looked upset about something. Macioce stated she was not a close friend of Canen so she did not think anything about it and continued to wait for he son. Let it be noted that Canen was the prime suspect in a large quantities of burglaries that were occurring at the Waterfall High Rise and it was suspected that Canen had a master key to the apartments.

Approximately ten (10) minutes later, Macioce observed a person named Charles Lambert come off of the elevators. Macioce could not advise where Lambert was coming from, but advised that Lambert walked straight from the elevator and out to the front parking lot where he began speaking to Canen. After a brief conversation, Macioce stated that Lambert and Canen left together in Lambert's vehicle.

Macioce advised that Lambert came back to the Waterfall High Rise about two weeks later. Lambert approached Macioce while she was in the laundry room. Lambert asked Macioce to say nothing about seeing him with Canen. Macioce asked Lambert if he had spoken to the Police about Canen and Lambert stated he had not. Lambert told Macioce that he did not want to speak to the Police "because they'll think he's involved". Macioce stated she did not know why Lambert stated this, but kept encouraging Lambert to speak to the Police. These attempts were met with no success.

After receiving this information, I checked with several of the Waterfall High Rise and was told that Lambert had moved to the Overlook Apartments located by Hubbard Hill.

Detective Conway #322



EXHIBIT 8

**Investigator Signature:**