# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:24

*Elkhart Police Department*  OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*

**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*    **Date / Time:** *09/12/2003 14:26:50, Friday*

**Supervisor:** *(0)*    **Supervisor Review Date / Time:** *09/12/2003 00:00:00, Friday*

**Contact:**    **Reference:** *Investigative Progress*

---

On 08-27-02, I went to the Overlook Apartment in attempts at locating Charles Lambet so that I could follow up on the information given by Florence Macioce. In doing such, I spoke with the Overlook manager, Francine Poirier. Poirier advised that Lambert resided in the Overlook Apartments at 27882 Centry Way apartment B.

Locating Lambert at the address given, I asked about what Macioce had told me. Lambert told me that he went to the Waterfall High Rise on 11-28-02 at approximately 1900 hours so that he could visit some of the residents. Lambert could not advise who exactly he visited by thought it might have been Randy Swoverland, Janet Clark, Sherry Miller, or a person named Bill Guy.

As Lambert was pulling into the parking lot, he noticed Lana Canen "pacing" back and forth in front of the building. Lambert advised that Canen was acting unusual and looked very nervous. After parking his car, Lambert advised that he was walking into the building when he first spoke to Canen. Lambert could not recall exactly what he spoke to Canen about, but advised that it was very brief. At this time, Lambert went inside of the Waterfall High Rise where he visited his friends.

After being in the Waterfall for approximately thrity (30) minutes, Lambert stated he came back out and noticed that Canen was still in front of the building. Lambert stated Canen needed a ride to an address on Osolo Road and he decided to give her the ride for a few dollars in gas money. At this time, Lambert gave Canen a ride to 1703 Osolo Road where she met and unknown person.

When asked about Canen's behavior, Lambert advised that Canen appeared very nervous and appeared to be very anxious to get away from the High Rise. Lambert also advised that Canen was carrying two bags. A small purse style bag and a red duffle bag that Lambert described as "looking like a Marlboro cigarette bag." He stated that he never really engaged in conversation with Canen because she was very quiet and kept to herself during the entire ride to Osolo Road.

When asked why he was afraid to come to the Police with this information, Lambert advised that he learned about this homicide the next day and was afraid that Canen might have had something to do with it. He was afraid that he could of gotten in trouble for giving Canen a ride away from the High Rise. Lambert also mentioned how he spoke to a manager of the Overlook by the name of Mandy Cave when he heard about the homicide because he was so upset. Upon the conclusion of our conversation, I asked Lambert if he would be willing to submit to a CVSA exam and he stated "yes".

After speaking with Lambert, I learned that Mandy Cave no longer worked for the Overlook and was currently

EXHIBIT 9

**Investigator Signature:** _____

*r_supp3*    Page 1

**CASE SUPPLEMENTAL REPORT**  Printed: 02/26/2014 15:24

*Elkhart Police Department*                                                                 OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*   **Date / Time:** *09/12/2003 14:26:50, Friday*
**Supervisor:** *(0)*   **Supervisor Review Date / Time:** *09/12/2003 00:00:00, Friday*
**Contact:**   **Reference:** *Investigative Progress*

employed at the OC Café in Osceola. Cave remembered that the conversation with Lambert took place sometime around when the homicide happened because she remembered seeing the story in the newspaper. Cave could not tell me if Lambert told her about the homicide before or after reading about it in the newspaper. Cave stated that Lambert appeared to be upset about the homicide, but never got the impression that Lambert could have been involved with anything. Cave stated Lambert mainly commented on how nice Helen Sailor was and complained about the security and the rising crime rate at the Waterfall High Rise.

Detective Conway #322

**Investigator Signature:**