# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:23

*Elkhart Police Department*  OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*     **Date / Time:** *09/10/2003 15:31:11, Wednesday*
**Supervisor:** *(0)*     **Supervisor Review Date / Time:** *09/10/2003 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael Waterfall Dr, Elkhart*     **Reference:** *Investigative Progress*

---

On 09-01-03, I learned information from Nina Porter that implicated a person by the name of "Andy" as being the suspect in this case. Porter advised that "Andy" is a friend of Lana Canen and lives in the Waterfall High Rise. Checking with several High Rise tenants and the Housing Authority, I learned that "Andy" was actually Andrew Michael Royer in apartment 507.

On 09-02-03, Detective Daggy and I went to Royer's apartment where we located him. We asked Royer if he would be willing to come to the EPD for questioning and he complied with no complications. Let it be noted that Royer never asked what he was going to be questioned about.

While questioning Royer, we talked for approximately an hour and a half when he admitted to "being there" when Helen Sailor was killed. Royer claimed that he was with Lana Canen during the homicide and it was Canen that actually killed Sailor. Royer stated that he went to Sailor's apartment because Canen "needed money". Royer stated Canen wanted to ask for "$200.00". When they got to Sailor's apartment, Royer indicated that they were greeted at the door by Sailor and that Sailor and Canen acted as if they knew eachother. After going inside the apartment, Canen was supposedly asking Sailor for money but Sailor kept refusing. Royer stated he witnessed Sailor say she "did not have it" and then heard Canen say "you better give it to me or you'll pay". Royer described Canen as being "very hot headed" and began "arguing" with Sailor because she was not getting what she wanted. Finally, after Sailor refused to give Canen any money, Royer stated Canen pulled out a "metal bar" and struck Sailor to the left temple. Royer indicated that this made Sailor fall to the kitchen floor where she laid "unconscious".

I asked Royer if he ever struck Sailor and he refused to answer. I asked the question a second time and Royer admitted to "slapping" Sailor to the face. Royer stated he slapped Sailor because he was getting "frustrated" because "he was not getting his way". After being slapped, Royer stated Sailor still refused to give them any money so Canen struck her to the head with "the metal bar".

After being struck, Royer stated that Sailor fell down on the kitchen floor where she "fell against the stove". Royer described Sailor as "not moving" and commented on how he "thought she was dead". Royer then stated he and Canen picked Sailor up off of the floor where they moved her into the living room and "sat her up in a chair".

After moving Sailor, Royer stated that he went back into the kitchen where he "cleaned up the blood by the stove". When asked what he used to clean up the blood, Royer described how he used towels that he retrieved from the "bathroom closet". Royer later described this "closet" as being in the bedroom located next to the bathroom door. Let it be noted that Royer never spoke of, or gave any details, about what Canen was supposedly doing.

**EXHIBIT 12**

**Investigator Signature:** _____

r_supp3     Page 1

*Elkhart Police Department*                                                OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*          **Date / Time:** *09/10/2003 15:31:11, Wednesday*
**Supervisor:** *(0)*                            **Supervisor Review Date / Time:** *09/10/2003 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*             **Reference:** *Investigative Progress*
           *Waterfall Dr, Elkhart*

After cleaning up the kitchen area, Royer then skipped any further details about Sailor and immediately began telling me how he and Canen began ransacking Sailor's apartment "for anything they could take". In doing such, Royer described how he went through the bedroom while Canen went through the living room. Royer admitted to going through Sailor's dresser drawers, where he described how he pulled the drawers out and placing them on the floor, while Canen was going through the living room. Royer also described how he located a jewelry box in Sailor's bedroom and went through it "for anything that he could take". Royer described the items that he took from the jewelry box as being a ring, a necklace, a watch, and some bracelets. Let it be noted that Royer was able to give detailed information about what he did in the bedroom, but was never able to say what Canen was supposedly going through.

After grabbing the items "he could take", Royer stated that he fled the apartment and returned back to his apartment. Royer was unable to tell me where Canen went because "they went seperate ways". I then asked Royer what he did with the towels that he used to clean up Sailor's apartment and he stated that he "threw them away". I asked where the towels were thrown and Royer would not answer. I asked Royer if the towels were thrown in the "trash" or the "dumpster" and Royer quickly stated "no, the garbage chute".

After hearing Royer's rendition of events, I knew that he could not be telling the entire story. I believed Royer was truly confessing to what he had did, but I felt that he was not giving me the entire story because some of his information did not match up with the crime scene and the physical evidence. At this time, I started asking Royer more detailed questions about what had happened.

While asking these questions, Royer appeared to be confused and completely changed his story. Royer maintained his confession about killing Sailor, but changed a great deal of his story. Royer maintained the fact that he went to Sailor's apartment with Canen so that they could get money. While there, Royer stated Sailor was refusing to give Canen any money "so he slapped her". Royer stated that after Sailor was slapped, she gave Canen $20.00. I asked Royer why he slapped Sailor and he stated "I wanted her to know that we meant business". After giving Canen the $20.00, Sailor claimed that she had no more money so Royer left with Canen. Royer stated that they were suppose to use the money to purchase drugs, but Canen refused to share the money. At this time, Royer stated he went back to his apartment where he got a "pack of smokes".

While at his apartment, Royer stated that he decided to try and get "his own money" from Sailor. Royer stated that he returned back to Sailor's apartment where he was greeted at the door. Royer stated he asked Sailor for the money and Sailor refused to give it to him. Royer stated he "became frustrated" and punched Sailor to the facial area around her cheek or jaw. Royer stated that this caused Sailor to fall down on the kitchen floor where she laid "unconscious"

**Investigator Signature:**_____

*Elkhart Police Department*                                                               OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *CLEARED BY ARREST*      **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*                **Date / Time:** *09/10/2003 15:31:11, Wednesday*
**Supervisor:** *(0)*                                  **Supervisor Review Date / Time:** *09/10/2003 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                   **Reference:** *Investigative Progress*
         *Waterfall Dr, Elkhart*

against the stove. At this time, Royer stated he ransacked the apartment where he pulled out the dresser drawers and then took items from the jewelry box. I then asked Royer if he remembered touching anything else and he hesitated for a moment and then said "oh, yeah. The Bible". I asked Royer why he touched the Bible and he said "because old people sometimes keep money in the Bible". Let it be noted that Royer mentioned how "he did not think he hit her (Sailor) hard enough to kill her" and was unsure if she was dead.

Knowing that Sailor was strangled, I asked Royer if he "did anything else to Helen". Royer appeared to become very somber when asked this question and would not answer. I repeated the question again and Royer still refused to comment. After a lengthy moment of silence, Royer stated that he only hit Sailor and nothing else. I told Royer that was not true because we have evidence that tells us so. Royer appeared to become more somber and more reserved. I asked Royer if he was feeling guilty and he stated he was. I told Royer that he might feel better if he told me everything that happened and he agreed. Royer then said "I had to put her out". I asked what he meant and Royer indicated that he knew panicked and was scared of getting in trouble. I asked Royer what else he did to Sailor and he said that he only hit her. I disagreed with Royer a second time and he responded "Ok, I choked her!". I asked Royer if he felt better after saying that and he responded by taking a deep sigh while saying "Yeah. That wasn't that bad".

After Royer admitted to "choking" Sailor, I asked what he used. Royer indicated that he used a "rope", but could not recall where it came from. Royer stated that the rope "was already in Sailor's apartment" and "just appeared and was already there". I asked what he did with the "rope" and Royer indicated that he threw it down the trash chute with the towels.

I also asked Royer "why did he pour that stuff on Helen". Royer stated he did that because "he was playing with her". I asked Royer if he could remember what was poured on Sailor and he said that he did not know, but indicated that he thought it was "milk".

Knowing that Sailor's body was found in the bedroom, I asked Royer if he remembered moving Sailor from the kitchen. Royer appeared very confused by the question and stated that he did not remember moving Sailor.

While talking to Royer, it was obvious that he was becoming very confused and fatigued. I could tell this because he line of conversation would be very specific at one time and then drift off in a totally unrelated direction. Due to the this reason, I stepped out of the interview room so that Royer and I could take a break.

After taking a break, it was obvious that Royer was becoming very mentally fatigued and was having a very hard time maintaining his concentration. Due to this reason, I decided to take a preliminary statement from Royer because of the

**Investigator Signature:**_____

**CASE SUPPLEMENTAL REPORT**                                          Printed: 02/26/2014 15:23

*Elkhart Police Department*                                                                OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *CLEARED BY ARREST*        **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*                **Date / Time:** *09/10/2003 15:31:11, Wednesday*
**Supervisor:** *(0)*                                   **Supervisor Review Date / Time:** *09/10/2003 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                    **Reference:** *Investigative Progress*
           *' Waterfall Dr, Elkhart*

admissions he had made that included several details about the crime scene that were not public knowledge. After the statement was obtained, Royer was placed under arrest for the murder of Helen Sailor and booked in. Let it be noted that when I asked Royer "if he understood the magnitude of what he had confessed to", he stated that he "did not confess to anything because I had the wrong guy". I reminded Royer that he confessed to "choking someone out" and he responded by saying "Yeah, well...can I just go home now".

On 09-04-03, I decided to speak with Royer a second time and see if his mental state had improved. In doing such, I discovered that Royer was very alert and thinking clearly. I spoke with Royer for a while and asked if he would be willing to give a more detailed statement about what had happened. Royer laughed when I said this and insisted that "I had the wrong guy". I informed Royer that he was able to give me detailed information about the crime scene and he insisted that "he was only guessing" and was "telling me how he would do it". I asked Royer if that was the story he wanted to "stick with" and he stated "I have to stick by my guns because you'll put me away for a long time if I tell you what I did". I told Royer that he had already admitted to killing Sailor and that was not going away. I asked Royer if he wanted to give me a more detailed statement so that I could fill in the gaps and he stated that he did.

In this rendition of events, Royer totally changed his story. Royer stated that he had been at his mother's house for Thanksgiving dinner. During this time, Royer stated that he mother had been "preaching" at him because "of his life style". Royer openly admitted that he likes to drink and use drugs and listen to heavy rock music and his mother disapproved. Royer stated his mother is a devoutly religious woman and would always "preach to him" about religion. Royer stated this made him feel "unwanted" and "like an outcast".

After being dropped off at home, Royer stated he took a nap and then woke up sometime later. Royer could not give an exact time, but thought it was around 9:00 p.m. because it was dark. Royer stated he decided to walk around because "he was still feeling down". While doing such, Royer stated he decided to walk to Sailor's s apartment. Royer stated he want to talk to Sailor because she was a "warm" and "gentle" person and always made him feel good. Royer even made mention about how Sailor would "give him pats on the back" and make him "feel wanted".

While at Sailor's, Royer stated he went inside her apartment where they talked. Royer stated that he wanted to talk to Sailor about his "issues" because he was feeling down. While doing such, Royer stated Sailor stated "preaching at him" and they began arguing. Royer stated that he started arguing with Sailor because he "did not understand that Cult stuff", but "he knew Helen was right". Royer stated that he became increasingly "furious" until he could not take it anymore. At this time, Royer stated he "punched!" Sailor to the area around her mouth. Royer stated they were sitting in the living room at this time and Sailor became mad and ordered him from her apartment.

**Investigator Signature:**_____

Page 4

# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 15:23

| | |
|---|---|
| Elkhart Police Department | OCA: **20021129008** |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLEARED BY ARREST  **Case Mng Status:** CLEARED BY ARREST  **Occurred:** 11/28/2002
**Offense:** HOMICIDE

**Investigator:** CONWAY, C. D. (322)  **Date / Time:** 09/10/2003 15:31:11, Wednesday
**Supervisor:** (0)  **Supervisor Review Date / Time:** 09/10/2003 00:00:00, Wednesday
**Contact:** Royer, Andrew Michael  **Reference:** Investigative Progress
Waterfall Dr, Elkhart

While walking out, Royer stated Sailor was walking behind him while making repeated statements about "how he needed help". Royer stated that he was "tired of hearing it" and turned around where he "punched" Sailor to the face a second time. Royer stated that this caused Sailor to fall down on the kitchen floor where she struck her head against the stove and went unconscious. Royer then stated that he proceeded to go through Sailor's apartment "for anything that he could sell". Royer stated that he went through the dresser and the jewelry box located in the bedroom and the Bible that was lying on a table in the living room. At this time, Royer stated he ran out of Sailor's apartment where he retreated to his apartment.

After waiting in his apartment for a while, Royer stated he went back to check on Sailor "because he was scared". Royer stated he went into her apartment and found her still lying on the kitchen floor. Royer stated that he "thought she was dead" so he drug her into the bedroom. Royer stated that he drug Sailor into the bedroom by using a rope that he had wrapped around her neck, but could not advise where he got the rope from. After dragging Sailor into the bedroom, Royer stated he poured "some liquid" over her body so that the "body would decay faster". After pouring the liquid on Sailor, Royer stated he retrieved the towels from the closet located in the bedroom where proceeded to wipe everything down so that "he could get rid of the evidence". At this time, Royer stated he left Sailor's apartment where he threw the towels and the rope down the garbage chute.

After Royer was finished telling me what happened, I asked what he took from the jewelry box in Sailor's bedroom. Royer insisted that he took a watch, necklace, a ring, and several bracelets. I asked where he took the jewelry and he stated that he sold the jewelry "at the pawn shop" located by Waterfall. I asked if it was the pawn shop on State Street (C&L) and Royer stated it was. Royer stated he went to the pawn shop the day after Thanksgiving and sold the items for $25.00 and then used the money to "buy cigarettes and stuff for his apartment".

After obtaining this information, Detective Daggy went to C&L Pawn and spoke with Paul Mow. Mow researched the pawn shop records and was unable to locate any transaction involving Royer. Believing that Royer might of been referring to Michael's Discount on South Main Street, I asked Royer if he would be willing to show me the pawn shop he took the jewelry to and he stated that he would. In doing such, I transported Royer in my CID vehicle while being accompanied by Chief Investigator Bill Wargo from the Prosecutors Office. Royer directed me to drive straight to C&L Pawn Shop located on State Street. I asked if he was sure about selling the jewelry and Royer insisted that "this was where he sold it". I went into the Pawn Shop where I spoke to Mow and was told that Royer had never sold anything in his store. At this time, Royer was transported back to CID so that a statement could be taken from him.

During Royer's statement, he changed his rendition of events again. Royer basically maintained the same story, but made some changes. Royer never indicated a second trip back to Sailors and stated that he strangled Sailor in the

**Investigator Signature:**_____

Elkhart Police Department                                                                    OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *CLEARED BY ARREST*          **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*                        **Date / Time:** *09/10/2003 15:31:11, Wednesday*
**Supervisor:** *(0)*                                          **Supervisor Review Date / Time:** *09/10/2003 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                           **Reference:** *Investigative Progress*
          *Waterfall Dr, Elkhart*

kitchen. Royer also changed his story by indicating that the stuff that was put on Sailor's body was "lotion".

After telling me what had happened, Royer made several comments about how he "gets frustrated". Royer stated that he gets urges of violence a lot, but has never acted them out before. Royer stated he usually goes for a walk and smokes a cigarette when these urges come and the urges usually happen when "he doesn't get his way".

Let it be noted that Royer never maintained a steady form of behavior during our entire encounter. Royer would frequently drift off on subjects unrelated to this topic and would admit to killing Sailor and then deny it a short time later. Royer would have times where he was very somber about Sailor and then have times where he would chuckle and mention how killing Sailor was "exciting". However, Royer was always able to maintain personal details about the crime scene that were never released to the public but was unable to remember everything about what had happened.

Detective Conway #322

**Investigator Signature:**