CASE SUPPLEMENTAL REPORT                                      Printed: 02/26/2014 16:31

*Elkhart Police Department*                                              OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*

**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*             **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*                **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                **Reference:** *Suspect Statement*
           *Waterfall Dr, Elkhart*

| | |
|---|---|
| INTERVIEW OF: | ANDREW MICHAEL ROYER |
| | DOB: |
| | SSN: |
| | Waterfall Drive, Apt. |
| | Elkhart, Indiana |
| TIME: | 1:32 p.m. |
| DATE: | September 3, 2003 |
| LOCATION: | Elkhart Police Department |
| PERSONS PRESENT: | Det. Carl Conway #322 |
| | Elkhart Police Department |
| CASE: | 2002-1129-008 |

322: Andy, for the sake of the interview, want to go ahead and note that we've been talking quite extensively before this recording started. You've also been advised of your Miranda rights, have you not?

AR: Yes I've been advised.

322: And have you waived your rights in writing?

AR: Yes I have signed. I have waived.

322: Okay. Andy, what I want to talk to you about is about the homicide we're currently investigating, Helen Sailor. It happened Thanksgiving Day of last year in 2002. Andy, do you know about this homicide?

AR: Yes. I . . I . . I heard about. Yes.

322: Okay. We talked about quite a bit of information here. Let's talk about what you did on Thanksgiving. Where did you spend Thanksgiving last year?

**EXHIBIT 13**

**Investigator Signature:**

r_supp3                                                                    Page 1

## CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 16:31

**Elkhart Police Department**

OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*         **Case Mng Status:** *CLEARED BY ARREST*         **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*         **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*         **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*         **Reference:** *Suspect Statement*
   *Waterfall Dr, Elkhart*

---

AR: At my mom's in Goshen.

322: And what time did you get home?

AR: It was probably about 4:00.

322: And when you got home, what did you do when you got home?

AR: I had (sighs and clears throat) . . um . . I had went to sleep for a couple of hours cause I was . . I had to get up early that day and I'm . . I wasn't use to that so I went to . . uh . . took a nap.

322: Okay. And when you woke up, did you go visit anybody?

AR: Uh . . no uh . . um . . somebody came down and visited me though to say you know why don't you come up later and uh . .

322: And who was that person?

AR: That was uh . . Lana Canen.

322: And did you eventually go up to Lana's apartment?

AR: Yes. It was probably about 11:00.

322: Okay. And are you sure this of this time or do you believe that's what the time was ?

AR: Uhhh . . I do believe it was around 11:00.

322: Okay. So you went up to Lana's. What were you doing at Lana's around 11:00 when you went there to visit her? What were you doing?

AR: Uh . . drinking coffee and . . um . . and we smoked one.

**Investigator Signature:**_____

*Supplements [Edit]*

Page 2

*Elkhart Police Department*                                                                           OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*    **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*    **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*    **Reference:** *Suspect Statement*
   *Waterfall Dr, Elkhart*

---

322: Now you say you smoked one. Earlier we talked about you smoked a marijuana cigarette.

AR: Right.

322: Okay. After you got done smoking a marijuana cigarette, did you guys go anywhere after that?

AR: (silence) No.

322: No? Okay. In our interview, you talked about how you went to visit somebody else. That you went to visit Helen Sailor. Is that true?

AR: Y . . yes that's true.

322: And tell me, why did you guys go to Helen's?

AR: To see if she had any money . . to uh . . cause w . . we were out of stuff, you know.

322: And when you say you were out of stuff, you mean you're out of drugs?

AR: Yes.

322: Okay. And was it Lana's suggestion that you guys go to Helen's?

AR: Yes.

322: Okay. Did you know Helen before this night?

AR: Uh . . (silence) . . um yes.

322: And how did you know Helen before this night?

AR: I've seen her in the hallway before.

322: Okay. But you never really actually went and visited Helen before?

---

**Investigator Signature:**_____

*Supplements [Edit]*

Page 3

**CASE SUPPLEMENTAL REPORT** Printed: 02/26/2014 16:31

*Elkhart Police Department*     OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*    **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*    **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*    **Reference:** *Suspect Statement*
    *Waterfall Dr, Elkhart*

---

AR: No.

322: Okay. So you and Lana went to Helen's, did you guys see Helen?

AR: Yes we seen her.

322: And did you guys go inside the apartment?

AR: Yes we went int . . into the apartment.

322: Did Lana ask Helen for money?

AR: (silence) uh . . Lana . . ya. Lana asked Helen for money.

322: How much money did Lana ask Helen for?

AR: Uh . . w . . Lana asked Helen for $200.00.

322: Did Helen give it to her?

AR: No.

322: And why was that?

AR: Uh . . cause she said she didn't have it. Sh . . she said she wan . . that she didn't have that kind of money on her.

322: How did Lana react when Helen said this?

AR: She was kind of upset and hot headed and . . (clears throat) . . she didn't ac . . act like she didn't know what she was gonna do or . . (clears throat)?

322: And what did you do?

**Investigator Signature:**

*Supplements [Edit]*

Page 4

**Elkhart Police Department**                                                OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*   **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*   **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*   **Reference:** *Suspect Statement*
               *Waterfall Dr, Elkhart*

---

AR: I . . (clears throat) . . uh . . (coughs/clears throat) . . um . . I said to Helen you better come off some of that money, you know and . . and I didn't hit her really hard. I just you know . . I think shhh . . she got the picture is what I'm . . my point was. Uh . .

322: So you did hit Helen? (silence) Where exactly did you hit Helen at?

AR: Uh just . . right . . right on the cheek open . . open handed.

322: So you opened hand on the cheek?

AR: Ya.

322: Did you get any of the money?

AR: No. I didn't get none of the money.

322: Did Helen give Lana money?

AR: (clears throat) . . uh . . no.

322: No?

AR: Errr ya. She gave her twenty bucks. That's right.

322: She gave her twenty bucks?

AR: Ya.

322: Did you get any of that $20.00?

AR: Um . . no. I didn't get none. No.

322: And did you guys leave after that?

**Investigator Signature:**

*Supplements [Edit]*
                                                                                Page 5

**Elkhart Police Department**                                                                  OCA: *20021129008*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*                **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*                   **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                   **Reference:** *Suspect Statement*
          *Waterfall Dr, Elkhart*

---

AR: Yes we left after that.

322: And when you guys left, what did you go do?

AR: Uh . . I told . . Lana . . well, she said she couldn't get none th . . that night or something and so you know uh . . (clears throat) . . so I uh . . so I went back to my place to get a pack of cigarettes then I went back to Lana's.

322: Okay. Was Lana at her apartment when you went back there?

AR: Um . . yes.

322: Okay. And how long did you stay at Lana's then?

AR: Um . . till . . it was probably about 10:00.

322: Did you eventually go back to Helen's?

AR: (silence) Nnnn . . no. (clears throat) I didn't have no reason to go back over there. We . . we got what we wanted and stuff. (clears throat)

322: Okay. Now Andy, we talked about before the tape began, you told me that you went back to Helen's by yourself. Is that true?

AR: Yes. I . . I had went back there. (clears throat)

322: And why did you go back to Helen's the second time?

AR: To see if she was still (clears throat) . . uh . . uh to see if she had anymore money. T . . to see you know . . to see if she had anymore money and then . . I'd found her unconscious on the floor. (clears throat)

322: You found her unconscious on the floor?

AR: Ya.

---

**Investigator Signature:**

*Supplements [Edit]*                                                                                  Page 6

Elkhart Police Department                                                               OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*
**Supervisor:** *PRICE, S. R. (308)*
**Contact:** *Royer, Andrew Michael*
     *Waterfall Dr, Elkhart*

**Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Reference:** *Suspect Statement*

---

322: Now when we talked earlier, you advised that you went back there cause you were frustrated at Helen. Is that not correct?

AR: (silence) Yes I was frustrated. Yes.

322: Cause you wanted more money?

AR: Yes.

322: And did you knock on the door when you went to her apartment?

AR: Yes I knocked on the door.

322: Did Helen answer the door?

AR: Yes Helen answered the door.

322: Okay. Did you tell Helen you wanted more money?

AR: Yes .. I .. ss .. I .. I ss .. ya that's what I asked her.

322: How did Helen react when you asked that?

AR: I don't know how I could help you.

322: How did you react when you heard that? Did it make you angry?

AR: Yes it made me pretty angry. I didn't know .. I was (clears throat) .. didn't know how to control myself. I di .. I was just gettin' mad and .. uh ..

322: What did you do when you didn't know how to control your self? What did you do?

AR: I started choking Helen.

---

**Investigator Signature:**

*Supplements [Edit]*

Page 7

# CASE SUPPLEMENTAL REPORT

Printed: 02/26/2014 16:31

**Elkhart Police Department**                                                OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*    **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*    **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*    **Reference:** *Suspect Statement*
    *Waterfall Dr, Elkhart*

---

322: What were you choking her with?

AR: My uh hand or a rope. I'm sorry.

322: Did you choke her with a rope? Where did you get this rope at?

AR: Uh .. (clears throat) .. (silence) .. I'd (clears throat) .. just found it. (chuckles) It was just laying there, you know. I j .. I didn't like wrap it around .. well I guess .. y .. you know I was still choking her with it. Like using my bare hand or something.

322: Okay. And was Helen still standing when you did this or did you knock her down or did she fall down when this happened?

AR: Uhhh .. um .. ya she fell down.

322: Where did she fall down at?

AR: Uh .. in the kitchen.

322: So when you choked Helen, did she stop moving?

AR: Ya she did .. (silence) .. just didn't seem like a normal human being anymore.

322: Why's that?

AR: It seemed like she wasn't even there. Sh .. she .. her subconscious or something about her just wasn't there anymore. Like a cold feeling or something.

322: Now when you say that, did you believe she was dead?

AR: Yes I did believe she was dead.

322: What did you do at this point?

---

**Investigator Signature:**_____

*Supplements [Edit]*

Page 8

*Elkhart Police Department*    OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *CLEARED BY ARREST*    **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*    **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*    **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael
Waterfall Dr, Elkhart*    **Reference:** *Suspect Statement*

AR: I had panicked and I didn't know what to do or nothing and so . . I . . I had . . um walked out the door . . uh . .

322: Did you go back to your apartment?

AR: Yes I had went back to my apartment then. Ya.

322: And was Helen still laying on the kitchen floor (AR is coughing) when you left?

AR: Uh . . yes. Yes she was.

322: Did you return back to Helen's apartment after that?

AR: No. There wasn't no reason to so I didn't. There wasn't no reason to go back there.

322: Now we talked about some items that were taken from Helen's apartment that you said you took from Helen's apartment and you took it down to a pawn shop that you indicated down here on State Street. You indicated a watch, earrings, and necklace. Did you take those items from Helen's apartment?

AR: Yes.

322: And where did you take those items from?

AR: Jewelry box and a dresser.

322: And where was this jewelry box located at?

AR: In the bedroom.

322: So it's my understanding that you went through Helen's dresser and you went through her belongings. Was this before or after you believed she was dead?

AR: Uh . . after I believe she was dead. (clears throat)

322: And is there anywhere else that you went through?

**Investigator Signature:**_____

*Supplements [Edit]*

**CASE SUPPLEMENTAL REPORT**                                          Printed: 02/26/2014 16:31

| | |
|---|---|
| Elkhart Police Department | OCA: **20021129008** |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *CLEARED BY ARREST*     **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*     **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*     **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*     **Reference:** *Suspect Statement*
         *Waterfall Dr, Elkhart*

---

AR: Nnnnnnn .. no. That was .. I di .. I .. I just had to go after that.

322: You also indicated when we were talking earlier that you cleaned up the apartment per se, cleaned up Helen's apartment ..

AR: Uh-huh.

322: Did you do that?

AR: Uh .. ya I just made sure everything was normal.

322: Now when you say made sure everything was normal, what exactly do you mean by that?

AR: That it was clean and uh .. um .. no evidence was .. in front of me. Th .. just ...

322: And how exactly did you do this? What did you do to clean up the apartment and to get rid of the evidence so you say? What exactly did you do?

AR: I put things back in .. uh spots. W .. I made sure everything wasn't out of the ordin .. ordinare .. I guess.

322: Did you wipe anything down?

AR: Uh .. no.

322: No? Earlier when we talked, you indicated about some items that you got out of a linen closet ...

AR: Ohhh that's right. Ya .. um .. uh .. um .. uh ya that's right. Ya I cleaned up around the sink and stuff.

322: And what exactly did you use to clean this stuff up with?

AR: Just a hand towel. A couple of hand towels.

322: And where did you get these hand towels at?

**Investigator Signature:**_____

*Supplements [Edit]*                                                          Page 10

**CASE SUPPLEMENTAL REPORT**                                       Printed: 02/26/2014 16:31

Elkhart Police Department                                          OCA: *20021129008*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*            **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*                **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                **Reference:** *Suspect Statement*
           *Waterfall Dr, Elkhart*

AR: From the linen closet.

322: What did you do with these towels after you cleaned up everything?

AR: Um . . I had threw them in the garbage shoot. I had threw 'em away.

322: Did you clean up any area around Helen with these towels?

AR: (silence) . . Nnnnn . . no th . . (silence) . . no there wasn't nothin' to clean up.

322: Now Andy, after you cleaned up everything, did you ever tell anyone about this?

AR: No I haven't. N . . nobody knew about it.

322: Okay. Did you ever speak to Lana about this?

AR: No. I never . . no never talked to her about it.

322: Okay. (AR coughs) Andrew, for those people who are going to be hearing this interview, you're having a hard time remembering some details about this event, aren't you?

AR: Yes.

322: If you don't mind me asking, why is that?

AR: Might be my medicine or I'm going through withdrawals . . uh . . drug abuse.

322: Okay. Now you said your medicine, what are you currently taking medication for?

AR: Paxal. It's suppose to keep me equal minded and suppose to keep me on an even float. (chuckles)

322: Okay. And does that sometimes affect your memory?

**Investigator Signature:**_____

*Supplements [Edit]*

Page 11

**Elkhart Police Department**                                                                   OCA: **20021129008**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *CLEARED BY ARREST*      **Occurred:** *11/28/2002*
**Offense:** *HOMICIDE*

**Investigator:** *CONWAY, C. D. (322)*                **Date / Time:** *09/03/2003 13:32:00, Wednesday*
**Supervisor:** *PRICE, S. R. (308)*                   **Supervisor Review Date / Time:** *02/26/2014 00:00:00, Wednesday*
**Contact:** *Royer, Andrew Michael*                    **Reference:** *Suspect Statement*
             *Waterfall Dr, Elkhart*

---

AR: Yes I think so .. it does.

322: Okay. So to the best of your knowledge, your positive about what you're telling me in reference to the night of Thanksgiving with Helen Sailor? To the best of your knowledge?

AR: To the bes .. to the best of my knowledge, correct

322: Okay. Tell me, why do you think that this actually happened with Helen?

AR: Uhhhh .. I .. I think it was a m .. money thing. Uh .. it was .. and she just happened to be the victim of it .. is what I think. (chuckles) (coughing)

322: Okay. Tell me you're sorry about what happened.

AR: Ya I'm sorry about what happened. Nobody needs to go through stuff like that .. it's .. it just ain't right. It's just not right. (laughs) (clears throat)

322: Okay. This will be the end of the interview. The time is 1:54

**Investigator Signature:**

Case No. 2002-1128-008

# ELKHART POLICE DEPARTMENT
## LEGAL RIGHTS ADVICE FORM

DATE 9-3-03

TIME 9:34 am
(Time Warning Started)

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can and will be used against you in court.

You have a right to consult with a lawyer before we ask you any questions, and to have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time.

**Waiver:**

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

WITNESS  C Conway 322

X Andy Royer
(Signature of person being advised of his/her rights)

WITNESS _____

DATE  09-03-03

TIME _____

TIME  9:35 am
(Time signed by person advised of his/her rights)

PLACE  EPD
(Exact Location)

PLACE  Homicide
(Exact Location)