| | | |
|---|---|---|
| STATE OF INDIANA | )<br>)SS: | IN THE ELKHART CIRCUIT COURT |
| COUNTY OF ELKHART | ) | CAUSE NUMBER: 20C01-0409-MR- 118 |

| | |
|---|---|
| STATE OF INDIANA ) | INFORMATION CHARGING |
| ) | **MURDER** |
| vs. ) | A FELONY, I.C. § 35-42-1-1 |
| ) | |
| LANA R. CANEN ) | |
| DOB: ) | |
| SSN: ) | |

The undersigned affiant swears that on or about the 28th day of November, 2002, at the County of Elkhart and State of Indiana, one LANA R. CANEN and one ANDREW ROYER, and they and each of them, did knowingly kill one Helen Sailor, another human being, by strangling the said Helen Sailor, while committing Robbery, and as a direct and proximate result of the strangling as aforesaid, the said Helen Sailor was fatally wounded, and the said Helen Sailor did languish and die in said County and State on the 28th day of November, 2002; all of which is contrary to the form of I.C. § 35-42-1-1; contrary to the form of the statute in such cases made and provided; and, against the peace and dignity of the State of Indiana.

I AFFIRM UNDER THE PENALTY OF PERJURY AS SPECIFIED IN I.C. §35-44-2-1, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

_[signature] #02_

Approved this ___ day of September, 2004

_[signature]_
Deputy Prosecuting Attorney



EXHIBIT 16

|  |  |  |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART CIRCUIT COURT |
|  | ) SS: |  |
| COUNTY OF ELKHART | ) | CAUSE NO. 20C01-0409-MR--118 |

| | |
|---|---|
| STATE OF INDIANA ) | AFFIDAVIT TO SHOW |
| ) | PROBABLE CAUSE |
| VS ) | |
| ) | |
| LANA R. CANEN ) | |
| DOB: ) | |
| SSN: ) | |

Comes now the undersigned Affiant, a law enforcement officer for the Elkhart Police Department, and after being duly sworn upon his oath states as follows:

1. THAT on or about the 29th day of November, 2002, officers of the Elkhart Police Department investigated the death of one Helen Sailor at her home at 303 Waterfall Drive, Apartment 1002, Elkhart, Indiana. An autopsy upon the body of Helen Sailor revealed that the cause of death was asphyxiation by strangulation and numerous other injuries to her body were noted. Witnesses also establish time of death in the late afternoon or early evening hours of the 28th day of November, 2002, which was Thanksgiving Day;

2. THAT upon obtaining statements from two witnesses present at 303 Waterfall Drive, namely Florence Macioe and Charles Lambert, officers learned that one Lana Canen, also a resident at 303 Waterfall Drive, had been noticed acting very nervous and strange outside said apartment building in the late afternoon / early evening hours of the 28th day of November, 2002;

3. THAT officers later obtained a sworn written statement from one Nina Porter who advised that Lana Canen had told her that Canen and "Andy" Royer had tried to get money from a lady and that Andy had hurt the lady and the lady had died on Thanksgiving;

4. THAT officers collected forensic evidence from Mrs. Sailor's apartment, including a fingerprint from an item which appeared to have been disturbed near the time of Mrs. Sailor's death, and that a later comparison of said fingerprint to a fingerprint sample taken from Lana Canen resulted in a positive identification showing that Lana Canen had touched said item;

5. THAT all of the aforesaid facts occurred in Elkhart County, Indiana, and are within my personal knowledge or the personal knowledge of the aforementioned persons. And, that the aforesaid information has been corroborated by independent observations and investigation by said officers and the Elkhart Police Department, and, accordingly, I believe the aforesaid information is reliable and credible.

I AFFIRM UNDER THE PENALTY OF PERJURY AS SPECIFIED IN I.C. §35-44-2-1, THAT THE FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

Affiant