# EXHIBIT K

Cited portions of Deposition of Mark Daggy dated 10/25/2014
taken in *Lana Canen v. Dennis Chapman, et al.*,
U.S. District Court, Northern District of Indiana,
South Bend Division, Case No. 3:14-CV-00315

```
 1                   UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF INDIANA

 3                       SOUTH BEND DIVISION

 4         LANA CANEN,                         )
                                               )
 5                     Plaintiff,              )
                                               )
 6              vs                             ) Case No.
                                               ) 3:14-cv-315-RL-CAN
 7         DENNIS CHAPMAN and MARK DAGGY,      )
                                               )
 8                     Defendants.             )
                                               )
 9

10

11              The Deposition of MARK DAGGY

12              Date:   Tuesday, October 28, 2014

13              Time:   10:30 a.m.

14              Place:  Elkhart Police Department
                        175 Waterfall Drive
15                      Elkhart, Indiana

16         Called as a witness by the Plaintiff

17         in accordance with the Federal Rules of Civil

18         Procedure for the United States District

19         Court, Northern District of Indiana, South Bend

20         Division, pursuant to Notice.

21

22     Before Charolette A. Martinez, CSR 11983
       Notary Public, St. Joseph County, Indiana
23

24                  MIDWEST REPORTING, INC.
                      1448 Lincolnway East
25                   South Bend, Indiana  46613
```

[10/28/2014] daggy mark

```
 1    APPEARANCES:

 2


 3    MR. MICHAEL K. SUTHERLIN
           MICHAEL K. SUTHERLIN & ASSOCIATES
 4         334 North Senate Avenue
           Indianapolis, Indiana 46204
 5         msutherlin@gmail.com
           317.634.6313
 6
      For the Plaintiff;
 7


 8    MR. MARTIN W. KUS
           Newby, Lewis, Kaminski, Jones, LLP
 9         916 Lincolnway
           La Porte, Indiana 46350
10         219.362.1577
           mwkus@nlkj.com
11
      For the Defendant, Mark Daggy;
12


13    MR. MICHAEL F. DE BONI
           Yoder, Ainlay, Ulmer & Buckingham, LLP
14         130 North Main Street
           P.O. Box 575
15         Goshen, Indiana 46527-0575
           574.533.1171
16         mdeboni@yaub.com

17    For Defendant, Dennis Chapman.

18
      ALSO PRESENT:   Dennis Chapman
19                    Cindy Bennett

20
                       *     *     *
21

22

23

24

25
```

1   A.  I've had no training at all in any kind of
2       fingerprint-taking.
3   Q.  Okay.  Now, we've identified yourself and
4       Dennis Chapman as defendants in this matter.  When
5       was the last time the two of you talked about a
6       case of -- the case of Lana Canen?
7   A.  I don't believe I've ever talked to him about the
8       case of Lana Canen.
9   Q.  You've never talked to him?
10  A.  I don't believe I've ever talked to him at all, ever.
11  Q.  Prior to trial in 2004 you didn't have any
12      conversation with him?
13  A.  I've never had any conversation with Dennis Chapman.
14  Q.  We'll get there, then.
15          At some point did you tell Lana Canen before
16      the murder that you were going to arrest her for
17      the burglaries?
18  A.  I may have.
19  Q.  Did you discuss that decision to arrest her with
20      anyone else?
21  A.  I don't think so.
22  Q.  Do you want to refer to any of these records to
23      refresh your memory whether you've discussed this
24      with a supervisor or with any other detective?
25  A.  If I need to, sure.

1 Q. Now, at this time it would have been, what, five,
2     six months after -- after the homicide?
3 A. She was arrested in April of 2003. Homicide was in
4     '12 of -- about five months, maybe.
5 Q. Okay. I'm just estimating. What had happened, if
6     you know, with regard to the homicide investigation
7     in those five months?
8 A. I don't know. I didn't work on it then.
9 Q. Okay. All right.
10     At some point you explained that there was
11     another officer who was primarily involved in the
12     homicide. Is this what we -- are we referring to a
13     new phase where there was a group of detectives now
14     working this as a cold case?
15 A. No. I think the -- I'm not sure what -- I don't
16     understand your question. I'm not sure what your
17     time frame is.
18     We formed the homicide unit -- I believe it was
19     August 2003. That's when we picked this case up.
20 Q. Yes. And that's when Detective Chapman was
21     involved in his fingerprint analysis?
22 A. I have no idea when he was involved with it.
23 Q. All right. But you weren't aware that he was
24     involved in this as a fingerprint analysis expert?
25 A. No.

1                    CERTIFICATE

2        I, Charolette A. Martinez, a Notary Public, in and

3   for the County of St. Joseph and State of Indiana, do

4   hereby certify there appeared before me, MARK DAGGY, on

5   Tuesday, October 28, 2014, who was duly sworn to

6   testify the truth, the whole truth, and nothing but the

7   truth to questions propounded at the taking of the

8   foregoing deposition in a cause now pending and

9   undetermined in said court;

10       I further certify that I then and there reported

11  stenographically the proceedings at the said time and

12  place; that the proceedings were then transcribed from

13  my original shorthand notes; and that the foregoing

14  transcript is a true and correct record thereof;

15       IN WITNESS WHEREOF, I have hereunto set my hand

16  and affixed my notarial seal this 3rd day of November,

17  2014.

18

19

20

21                                           ____
                     Charolette A. Martinez, CSR
22                   Notary Public, State of Indiana
                     Residence:  St. Joseph County
23                   Commission Expires:  12-18-2022

24

25

```
 1                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
 2                        SOUTH BEND DIVISION

 3   LANA CANEN,                       )
                                       )
 4              Plaintiff,             )
                                       )
 5       vs                            ) Case No.
                                       ) 3:14-cv-315-RL-CAN
 6   DENNIS CHAPMAN and MARK DAGGY,    )
                                       )
 7              Defendants.            )
                                       )
 8

 9                          MARK DAGGY

10       I hereby acknowledge that I have read the foregoing

11   deposition transcript regarding the case of Canen Vs.

12   Daggy, taken on October 28, 2014, and that the same is a

13   true and correct transcription of the answers given by me

14   to the questions propounded, except for the additions or

15   changes, if any, as noted on the attached errata sheet.

16

17

18                         _____
                           MARK DAGGY
19
                           Subscribed and sworn to me
20                         this _____ day of _____,
                           2014, A.D.
21

22
                           Notary Public or Witness_____
23                         State of _____
                           County of _____
24                         My commission expires:_____

25
```

[10/28/2014] daggy mark

# ERRATA SHEET

Deposition of: **Mark Daggy**   Date: **October 28, 2014**

| Page | Line | Change | To | Reason For Change |
|---|---|---|---|---|
| 42 | 7 | Forum | Form | wrong word |
| 43 | 16 | His | Her | wrong word |
| 68 | 3 | Wouldn't | Would | wrong word |
| 89 | 1 | Lieutenant | Sergeant | wrong word |
| 149 | 5 | Inmate | intimate | wrong word |

MIDWEST REPORTING, INC.
1448 Lincolnway East
South Bend, Indiana 46613
(574) 288-4242

Signature: _Mark Daggy_

Date: _12-02-14_