# EXHIBIT L

Certified copy of State's Exhibit 46 at the criminal trial of Lana Canen in *State of Indiana v. Lana R. Canen*, Elkhart Circuit Court, Cause No. 20C01-0309-MR-155

2002-1129-008
Item
150/151

Loft
8-3-05

Elkhart P.D.

--- Fort Wayne Laboratory ---
Lab #: 03F-1574    Item #: 001    151
Elkhart Police Department



MSM
03F1574
#001

MSM
03F1574
#001



| | |
|---|---|
| 1 | STATE OF INDIANA    )     IN THE ELKHART CIRCUIT COURT |
| | ) SS: |
| 2 | COUNTY OF ELKHART   )     CAUSE NO:  20C01-0409-MR-00118 |

CERTIFICATE

I, Ann S. Hunsberger, do hereby certify that I am the Official Court Reporter of the Elkhart Circuit Court in the above matter, and the foregoing pages constitute a true and accurate transcript of the testimony given at said time and place.

I certify that the same was reduced to typewritten form from my original stenograph notes and/or electronically recorded equipment by Computer-Aided Transcription.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 12th day of December, 2005.

Ann S. Hunsberger
Official Court Reporter
Circuit Court
101 North Main Street
Goshen, Indiana  46526