# EXHIBIT M

Certified copy of State's Exhibit 47 at the criminal trial of Lana Canen in *State of Indiana v. Lana R. Canen*, Elkhart Circuit Court, Cause No. 20C01-0309-MR-155





| | |
|---|---|
| STATE OF INDIANA    )<br>                     ) SS:<br>COUNTY OF ELKHART   ) | IN THE ELKHART CIRCUIT COURT<br>CAUSE NO:  20C01-0409-MR-00118 |

CERTIFICATE

I, Ann S. Hunsberger, do hereby certify that I am the Official Court Reporter of the Elkhart Circuit Court in the above matter, and the foregoing pages constitute a true and accurate transcript of the testimony given at said time and place.

I certify that the same was reduced to typewritten form from my original stenograph notes and/or electronically recorded equipment by Computer-Aided Transcription.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 12th day of December, 2005.

*[signature: Ann S. Hunsberger]*
Ann S. Hunsberger
Official Court Reporter
Circuit Court
101 North Main Street
Goshen, Indiana  46526