# EXHIBIT N

Certified copy of State's Exhibit 48 at the criminal trial of Lana Canen in *State of Indiana v. Lana R. Canen*, Elkhart Circuit Court, Cause No. 20C01-0309-MR-155

LATENT PRINT

1
2
3
4
5
6
7

STATE'S EXHIBIT
48

```
STATE OF INDIANA    )      IN THE ELKHART CIRCUIT COURT
                    ) SS:
COUNTY OF ELKHART   )      CAUSE NO:  20C01-0409-MR-00118
```

## CERTIFICATE

I, Ann S. Hunsberger, do hereby certify that I am the Official Court Reporter of the Elkhart Circuit Court in the above matter, and the foregoing pages constitute a true and accurate transcript of the testimony given at said time and place.

I certify that the same was reduced to typewritten form from my original stenograph notes and/or electronically recorded equipment by Computer-Aided Transcription.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 12th day of December, 2005.

*Ann S. Hunsberger*
Ann S. Hunsberger
Official Court Reporter
Circuit Court
101 North Main Street
Goshen, Indiana  46526