# EXHIBIT S

*International Association for Identification,*
(September 8, 2015, 10:44 AM)
http://theiai.org.



| Home |
| :---: |
| Advertising |
| By-Laws & Constitution |
| Certifications |
| Conference |
| Contacts/ Committees |
| Current Affairs |
| Disciplines |
| Divisions |
| Foundation |
| History |
| IAI Merchandise |
| IAI Research Library |
| JFI Articles |
| Job Listings |
| Links |
| Member Area |
| Member Info Update |
| Membership/ Awards |
| Publications |
| SWG Guidelines |
| Training |

Welcome to the

Like Us On




# International Association for Identification
### Founded in 1915

Thanks to our 2015 Conference sponsors...

 SAFRAN Morpho     NEC     3M    RS&A

Click to view other sponsors...

**View videos of the Centennial Opening Ceremony,
the Banquet and thoughts from IAI Past Presidents**



# The 2015-2016 IAI President Bridget Lewis

Welcome to the website of the International Association for Identification! We are the oldest and largest forensic association in the world. This professional forensic association represents a diverse, knowledgeable and experienced membership that are assembled to educate, share, critique and publish methods, techniques and research in the physical forensic science disciplines.

On this website you can find information about each discipline that the IAI represents, our certification program, and our upcoming conferences. The IAI has training and safety publications as well as our peer reviewed *Journal of Forensic Identification* and our association newsletter, *Identification*

Renew Your IAI Membership HERE ✓


Journal of Forensic Identification
Submit Manuscripts Here

JFI Sep/Oct 2015 Issue Now Available to IAI Members


View the 2015 Issue ID News Supplement

Site Updates

*News*. The Journal and Newsletter are available in the member area, and are one of the many benefits of membership.

## *Important Presidential Updates / News for Members*

• OSAC Launches Monthly Newsletter and Opens Five Standards for Public Comment

• OSAC has opened the opportunity for public comment regarding five existing standards that are under consideration for inclusion to the OSAC Registry of Approved Standards

© 2015 International Association for Identification (IAI). All rights reserved.

USDC IN/ND case 3:14-cv-00315-RL   document 42-19   filed 09/10/15   page 4 of 10



- Home
- Advertising
- By-Laws & Constitution
- Certifications
- Conference
- Contacts/Committees
- Current Affairs
- Disciplines
- Divisions
- Foundation
- History
- IAI Merchandise
- IAI Research Library
- JFI Articles
- Job Listings
- Links
- Member Area
- Member Info Update
- Membership/Awards
- Publications
- SWG Guidelines
- Training

# About the IAI

## IAI Mission Statement

The International Association for Identification is a professional membership organization comprised of individuals worldwide who work in the field of forensic identification. With over 6,500 members from 77 countries, the IAI remains the oldest and largest forensic science/identification association in the world.



Constitution of the International Association for Identification

By-Laws of the International Association for Identification

Code of Ethics and Standards of Professional Conduct

**International Association for Identification**
*The Worlds Oldest and Largest Forensic Science Identification Association*

| | |
|---|---|
| Home | |
| Advertising | |
| By-Laws & Constitution | |
| Certifications | |
| Conference | |
| Contacts/ Committees | |
| Current Affairs | |
| Disciplines | |
| Divisions | |
| Foundation | |
| History | |
| IAI Merchandise | |
| IAI Research Library | |
| JFI Articles | |
| Job Listings | |
| Links | |
| Member Area | |
| Member Info Update | |
| Membership/ Awards | |
| Publications | |
| SWG Guidelines | |
| Training | |

# Welcome to the IAI Forensic Certification Home Page

Each program consists of a rigorous educational process, a certification procedure, and re-certification requirements. Each is administered by a certification board comprised of experts in the discipline. All programs operate under a written set of procedures approved by the IAI's Board of Directors to ensure compliance with broad IAI goals and policies.

### Useful Information

IAI Certification Program Operations Manual

Application Fees

Overview of Steps — New Application

Overview of Steps — Renew Application

## Certification Boards
*Click on each certification type to learn more about that particular certification*

Bloodstain Pattern Analyst Certification

Crime Scene Certification
- Certified Crime Scene Investigator
- Certified Crime Scene Analyst
- Certified Crime Scene Reconstructionist
- Certified Senior Crime Scene Analyst

Footwear Certification

Forensic Art Certification

Forensic Photography Certification

Forensic Video Certification

Latent Print Certification

Tenprint Fingerprint Certification

## Special Notice

The International Association of Identification (IAI) has implemented an *eCert* online application process in support of its strategic worldwide plan to improve the submission and tracking of forensic certifications.

What this means to you:

- Easy Registration Process
- Easy Online Application Process
- Ability to Attach Documents Electronically
- Ability to Save Incomplete Applications
- Ability to Track Your Application
- Email Notifications

*Note: If you are using Internet Explorer (IE) on a computer provided by your employer there may be configurations in the securities that could interfere with system functionality (i.e., attaching documents). If you experience this problem, please contact your local IT department to request to use Firefox or Google Chrome, or use a personal computer.

**The 90 day grace period for renewals has been eliminated. All future renewal applications must be submitted prior to the certification expiration date.**



- Home
- Advertising
- By-Laws & Constitution
- Certifications
- Conference
- Contacts/ Committees
- Current Affairs
- Disciplines
- Divisions
- Foundation
- History
- IAI Merchandise
- IAI Research Library
- JFI Articles
- Job Listings
- Links
- Member Area
- Member Info Update
- Membership/ Awards
- Publications
- SWG Guidelines
- Training

# IAI History

Read about the History of Our Great Emblem | IAI Past Presidents | Locations of Past Annual Conferences



Harry Caldwell

On August 4, 1915, Inspector Harry H. Caldwell of the Oakland (California) Police Department's Bureau of Identification wrote numerous letters to "Criminal Identification Operators" asking them to meet in Oakland for the purpose of forming an organization to further the aims of the identification profession. A group of about twenty-two men met and, as a result, the "International Association for Criminal Identification" was founded in October, 1915, with Inspector Caldwell as the presiding officer.

By 1916, when the second annual conference was held (Leavenworth, KS), the membership had grown to 116 regular members and 13 honorary members. California received the first IAI State Division Charter in 1916. (The Association currently has 44 Divisions representing 48 states and 45 countries.)

In 1918, at the fourth annual conference, the word "Criminal" was dropped from the name of the Association, in recognition of the volume of noncriminal work done by identification bureaus.

In 1921, at the seventh annual conference (Washington, DC), the IAI achieved considerable attention from the highest level of the United States government. Members attending the conference were received at the White House, and it was during this meeting that inked fingerprints of President Harding were recorded. This level of influence was maintained for decades, as evidenced by documents revealing communication between the Association and Presidents Roosevelt and Truman, and others in government.



Harry Caldwell, front row center kneeling, number 12
Holding The Harding Fingerprint Card At The White House

In 1924 the Science and Practice Committee was formed to provide technical assistance to the membership. The IAI sanctioned an official "Reward Poster" for the arrest and conviction of anyone killing an IAI member while in the discharge of his official duties.

In 1926 Clara Parsons (Superintendent of the State Bureau of Identification, Albany, New York) became the first woman to be elected to the Board of Directors.

By 1929 the IAI had grown into a large professional association with the following committees in place: Membership, Resolutions, Credentials, Legislative, Science and Practice, Auditing, Ethics, and Press and Compliments. In addition, most states had Regional Vice Presidents (currently titled Regional Representatives). Canada,



China, Cuba, Mexico, and the Philippines also had Regional Vice Presidents.

During the 1930s the Association's membership dwindled as a result of the Great Depression. It was during this period of time, however, that the IAI established a close relationship with the FBI.

In 1942 IAI elected its first woman President -- Marie M. Grott (Superintendent of the Indiana State Bureau of Identification, at Indianapolis). Since then, eight other women have held the office of President.

In 1945 the annual conference was canceled because the United States government restricted travel as part of a wartime conservation effort.

In 1958 the Association established the John A. Dondero Memorial Award in honor of his many contributions to the field of identification. It is the highest honor an IAI member can receive. It is awarded for the most significant contribution in the area of identification and allied sciences during the calendar year immediately preceding each annual conference. Its first recipient was J. Edgar Hoover.

On May 10, 1967, the International Association for Identification was incorporated under the laws of the State of Delaware.

In 1973, after a three year study, the Association adopted the far-reaching standard that "No valid basis exists to require a predetermined number of characteristics to exist between two fingerprint impressions in order to establish positive identity."

In 1977 the IAI established its first certification program, the Latent Print Certification Program, a rigorous testing process validating one's expertise in the science of fingerprints. By 1990, the Crime Scene Certification Program was functioning with a comprehensive testing process for three levels of certification. The IAI now has seven Certification Programs including Forensic Art, Footwear and Tiretrack Analysis, Bloodstain Pattern Analysis, Forensic Photography/Imaging, Tenprint Fingerprint Certification, and Latent Print.

The IAI first published a periodical in 1916 titled *The International Identification Outlook*, which was discontinued after a year because of a lack of funds. The Association's second periodical, *Sparks from the Anvil*, was published from 1933 to 1937. From 1940 to 1950 the IAI's publication, *IAI Monthly Newsletter*, was simply mimeographed sheets. In 1951 a magazine format was developed and *Identification News* was published until 1987. A special Publication Committee was appointed in 1986 and, following the committee's recommendations, the Journal of Forensic Identification, a peer reviewed journal with original technical articles and case reports, was initiated in 1988 and continues to the present. *Identification News* was re-started in 2008 to focus on Association news.

In 1988 the IAI established the Robert L. Johnson Foundation to provide research/educational grants and scholarships to help promote the advancement of forensic identification as a profession. It is now known as the Johnson-Whyte Memorial Foundation Fund, having been merged with the William Whyte Fund in 2008.

Since 1996, the IAI has sponsored training seminars in various forensic science areas. These classes are held in different locations throughout the United States and are open to non-IAI members.

In 2000 the Association created a Student Membership category for full time college students who are majoring in law enforcement and/or forensic science related fields. This program allows a student the opportunity to avail themselves of the educational information and training offered to IAI members.

The IAI's Annual Educational Conferences now attract more than 900 participants and feature many workshops and presentations given by leading experts in forensic identification and related fields.

The IAI prides itself on being an international association. Although most conferences have been held in the United States, several have been held outside the United States. Conferences were held in Canada in 1925, 1935, 1950, 1980, and 2003, Cuba in 1952, Bermuda in 1954, and England in 1986. Current plans have the Centennial conference scheduled for August 2015 to be held in Sacramento, California.

Today's IAI has grown into the most prestigious professional association of its kind in the world, with more than 6,700 members from the United States and many other countries. The advancement of forensic disciplines through education continues to be one of the top priorities of the Association.

- Updated September 10, 2014